UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Appellant,<br>v.<br>SCOTT CABLE COMMUNICATIONS, INC. and STATE STREET BANK AND TRUST CO. as Indenture Trustee for certain note holders<br>      Appellees | ) ) ) ) ) ) ) ) ) ) |  No. 3:02-CV-1725 (AWT)<br><br>(Bankruptcy Appeal) |
| UNITED STATES OF AMERICA,<br>      Appellant,<br>v.<br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP,<br>      Appellee. | ) ) ) ) ) ) ) ) ) | [file separately in each case; motion to consolidate pending]<br><br>No. 3:03-CV-357 (AWT)<br>(formerly No. 3:03-MC-12) |

*Caption as it Appears in the Bankruptcy Court*

| | |
|---|---|
| In re:<br>SCOTT CABLE COMMUNICATIONS, INC.<br>      Debtor. | ) ) ) ) ) ) ) |  (Bankr. Ct. Case No. 98-51923)<br>(Chapter 11)<br><br>November 13, 2003 |

**CONSENTED TO JOINT MOTION OF APPELLEES FOR EXTENSION OF TIME TO RESPOND TO UNITED STATES' REQUEST THAT COURT TAKE JUDICIAL NOTICE OF HEARING AND ORDER IN DELAWARE BANKRUPTCY COURT POSSIBLY BEARING ON ISSUES IN APPEALS**

U.S. Bank National Association, as successor to State Street Bank and Trust Company as Indenture Trustee, and Scott Cable Communications, Inc., as Debtor, and Akin, Gump, Strauss, Hauer & Feld, LLP, all Appellees in the above matter, hereby respectfully move, pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule

9(b), for an extension of time until November 20, 2003 for each appellee to file an objection or otherwise respond to the United States' Request that Court Take Judicial Notice of Hearing and Order in Delaware Bankruptcy Court Possibly Bearing on Issues in These Appeals dated October 21, 2003.  This is each Appellees' first Motion for Extension of Time with respect to this deadline.  Counsel for the United States has consented to this request.  An extension of time is required to thoroughly review the information, transcripts and materials contained in the United States' Request and respond appropriately.

      APPELLEE,
      U.S. BANK NATIONAL ASSOCIATION,
      AS INDENTURE TRUSTEE

      By: _____
         Ira H. Goldman
         Federal Bar No. ct05656
         Peter W. Benner
         Federal Bar No. ct05938
         Kathleen M. LaManna
         Federal Bar No. ct16740
         For Shipman & Goodwin LLP
         One American Row
         Hartford, CT  06103
         Its Attorneys
         (860) 251-5000
         bankruptcy@goodwin.com

      and

APPELLEES,
SCOTT CABLE COMMUNICATIONS, INC. and
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP

By: _____  By JKL w/ permission
Abid Qureshi
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
(212) 872-8027
www.akingump.com

- 3 -

## Certificate of Service

This is to certify that the attached Consented to Motion For Extension of Time to Respond to United States' Request That Court Take Judicial Notice of Hearing and Order in Delaware Bankruptcy Court Possibly Bearing on Issues in These Appeals was mailed via first class U.S. Mail, postage prepaid, to the following on the 13th day of November, 2003.

Daniel H. Golden, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

Craig I. Lifland
Zeisler & Zeisler
558 Clinton Avenue
Bridgeport, CT 06605

Patricia Beary
Asst. U.S. Trustee
265 Church Street, Ste. 1103
New Haven, CT 06510-7016

Joan Pilver
Assistant Attorney General
State of Connecticut
55 Elm Street, 5th Floor
Hartford, CT 06141

Alan M. Shapiro, Esq.
U.S. Department of Justice
Tax Division
555 4th Street NW, Room 7122
Washington, DC 20044

Peter Sklarew, Esq.
U.S. Department of Justice
Tax Division
P.O. Box 55
Washington, D.C. 20044-0055

Ann M. Nevins, Esq.
Assistant United States Attorney
915 Lafayette Blvd., Room 309
Bridgeport, CT 06604

Kathleen M. LaManna

357995 v.01