# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|      Appellant, ) | |
| v. ) | No. 3:02-CV-1725 (AWT) |
| ) | |
| SCOTT CABLE COMMUNICATIONS, INC. and ) | (Bankruptcy Appeal) |
| STATE STREET BANK AND TRUST CO. as ) | |
| Indenture Trustee for certain note holders ) | |
|      Appellees ) | |
| ) | [file separately in each case; |
| UNITED STATES OF AMERICA, ) | motion to consolidate pending] |
|      Appellant, ) | |
| ) | No. 3:03-CV-357 (AWT) |
| v. ) | (formerly No. 3:03-MC-12) |
| ) | |
| AKIN, GUMP, STRAUSS, HAUER & FELD, LLP, ) | |
|      Appellee. ) | |

*Caption as it Appears in the Bankruptcy Court*

| | |
|---|---|
| In re: ) | (Bankr. Ct. Case No. 98-51923) |
| SCOTT CABLE COMMUNICATIONS, INC. ) | (Chapter 11) |
|      Debtor. ) | November 13, 2003 |

## CONSENTED TO JOINT MOTION OF APPELLEES FOR EXTENSION OF TIME TO RESPOND TO UNITED STATES' REQUEST THAT COURT TAKE JUDICIAL NOTICE OF HEARING AND ORDER IN DELAWARE BANKRUPTCY COURT POSSIBLY BEARING ON ISSUES IN APPEALS

U.S. Bank National Association, as successor to State Street Bank and Trust Company as Indenture Trustee, and Scott Cable Communications, Inc., as Debtor, and Akin, Gump, Strauss, Hauer & Feld, LLP, all Appellees in the above matter, hereby respectfully move, pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule

[Handwritten in margin: Extension GRANTED, to and including November 20, 2003. It is so ordered. Alvin W. Thompson, U.S.D.J.]