**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
In re:                        :
                              :
SCOTT CABLE COMMUNICATIONS,   :
INC.                          :    No.3:02CV01725(AWT)
                              :
------------------------------x
```

### ENDORSEMENT ORDER

For the reasons set forth in the court's oral ruling on the record today, the court took the following actions:

1. <u>Document No. 22.</u>  The United States' Request that the Court take Judicial Notice of Hearing and Order in Delaware Bankruptcy Court Possibly Bearing on Issues in these Appeals was GRANTED.

2. <u>Document No. 7.</u>  The Debtor's Motion to Dismiss the United States' Motion to Appeal was DENIED.

3. <u>Document No. 9.</u>  The Alternative Motion of the United States to Grant Discretionary Appeal was GRANTED.

4. <u>Document No. 15.</u>  The United States' Motion for Consolidation was GRANTED.  The United States' Motion for a Stay Pending Appeal was GRANTED.  The United States' Emergency Request for a Hearing was DENIED, as moot.

   The Clerk shall consolidate Case No. 3:02CV01725(AWT) with Case No. 3:03CV00357(AWT) and designate Case No. 3:02CV01725(AWT) as the lead case.  The Clerk shall issue

      the standard notice that is issued upon consolidation of cases.

5.   <u>Document No. 20.</u>  The Motion by the United States with Respect to the Record and the Briefing Schedule was GRANTED.

It is so ordered.

Dated at Hartford, Connecticut this 14th day of March 2005, at Hartford, Connecticut.



                                                    /s/
                                          Alvin W. Thompson
                              United States District Judge