UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:02-VC-1725 (AWT) |
| Appellant, | (Bankruptcy Appeal) |
| v. | |
| SCOTT CABLE COMMUNICATIONS, INC. and STATE STREET BANK AND TRUST CO. as Indenture Trustee for certain note holders, | |
| Appellees. | **[file separately in each case; motion to consolidate pending]** |
| UNITED STATES OF AMERICA, | |
| Appellant, | No. 3:03-CV-357 (AWT) |
| v. | (formerly No. 3:03-MC-12) |
| AKIN GUMP STRAUSS HAUER & FELD LLP, | |
| Appellee. | |

NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that U.S. Bank National Association (successor-in-interest to State Street Bank and Trust Company), a creditor of the above-named debtor and party in interest in the captioned adversary proceeding, hereby appears in the captioned adversary proceeding by its counsel, indicated below. The undersigned requests that an entry be made on the Clerk's Matrix in this case and requests that all notices given or required to be given in

connection with the adversary proceeding, and all papers served or required to be served in connection with the captioned adversary proceeding, be given and served upon the undersigned at the address set forth below:

> Corrine L. Burnick, Esq.
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06103-1919
> Telephone: (860) 251-5614
> Telecopier: (860) 251-5312
> Email: bankruptcy@goodwin.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the within adversary proceeding, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, expedited delivery service, telephone, telex, telecopy or otherwise. Dated at Hartford, Connecticut this 14th day of March, 2005.

By: *Corrine Burnick*
Corrine L. Burnick
CT Bar No. 24673
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
bankruptcy@goodwin.com

397309 v.01 S1

**Certificate of Service**

       This is to certify that the attached Notice of Appearance for Corrine L. Burnick was mailed via first class U.S. Mail, postage prepaid, to the following on the 14th day of March, 2005.

Craig I. Lifland
Zeisler & Zeisler, P.C.
558 Clinton Ave., Po Box 3186
Bridgeport, CT 06605-0186

Daniel H. Golden, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

Peter Sklarew
U.S. Department of Justice
Tax Division
PO Box 55, Ben Franklin Station
Washington, DC 20044-0055

Alan M. Shapiro, Esq.
US Department of Justice
Tax Division
555 4th Street NW, Room 7122
Washington, DC 20044

U.S. Trustee Office
265 Church St.
Suite 1103
New Haven, CT 06510-7016

Ann M. Nevins
U.S. Attorney's Office-BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

Joan Eisenman Pilver
State of Connecticut
Attorney General's Office
55 Elm St., PO Box 120
Hartford, CT 06101-0120

                                                                                         Corrine L. Burnick

397309 v.01 S2