UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------
In re                             :    Chapter 11
                                  :
SCOTT CABLE COMMUNICATIONS, INC.  :    Case No. 3:02-CV-
                                  :    1725 (AWT)
d/b/a AMERICAN CABLE ENTERTAINMENT, :  (consolidated
                                  :    bankruptcy appeals)
                                  :    Bankr. Ct. Case No.
                                  :    98-51923)
                                  :
              Debtor.             :
------------------------------------------------
UNITED STATES OF AMERICA,         :
                                  :
              Appellant,          :
                                  :
    v.                            :
                                  :
SCOTT CABLE COMMUNICATIONS, INC., :
STATE STREET BANK AND TRUST CO.   :
as Indenture Trustee for certain note holders, and :
AKIN GUMP STRAUSS HAUER & FELD LLP, :
                                  :
              Appellees.          :
------------------------------------------------
```

MOTION FOR ADMISSION OF VISITING COUNSEL

The undersigned sponsoring attorney, a member in good standing of the Bar of this Court respectfully moves pursuant to Rule 83.1(d) of the local Rules of Civil Procedure for the United States District Court for the District of Connecticut, as made applicable by D. CONN LBR 1001-1(b) of the local Rules of Bankruptcy Procedure, for the admission *pro hac vice* of visiting lawyer Shuba Satyaprasad, Esq. of the law firm of Akin Gump Strauss Hauer & Feld LLP with an office located at 590 Madison Avenue, New York, New York 10022, to represent Akin Gump Strauss Hauer & Feld LLP and Scott Cable Communications, Inc., in connection with the above captioned proceeding, and in support of this Motion represents the following:

EAST 7385740 v1

1.  Attorney Satyaprasad's office address is 590 Madison Avenue, New York, New York 10022.

2.  Attorney Satyaprasad is admitted to the Bar of the States of Connecticut and New York and is a member in good standing of the Bar of the State of Connecticut since 1999 and New York since 2000, and admitted to the courts for the Southern, Eastern and Northern Districts of New York.

3.  Attorney Satyaprasad has read and is familiar with the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut and the local Rules of Bankruptcy Procedure.

4.  Neither Attorney Satyaprasad nor any member of the law firm of Akin Gump Strauss Hauer & Feld LLP has been denied admission nor disciplined in accordance with Rule 3 of the Local Rules of Civil Procedure, nor been denied or disciplined by any other Court.

5.  Craig I. Lifland of the law firm of Zeisler & Zeisler, P.C. and a member of the Bar of this Court, will act as local counsel and shall provide a local office upon which service of all papers shall be made under the requirements of Rule 2(c)(1) of the Local Rules of Civil Procedure.

6.  The payment of a fee of $25.00 to the Clerk of the United States District Court accompanies this Motion in accordance with Rule 83.1(d)(2) of the Local Rules of Civil Procedure.

7.  A copy of this Motion and the supporting affidavit of Shuba Satyaprasad, Esq. has been served upon the Office of the United States Trustee and counsel for the Appellant.

8.  The undersigned respectfully requests that this Notice be deemed sufficient and that no further Notice be required.

EAST 7385740 v1

WHEREFORE the undersigned respectfully moves that the Court enter an Order approving the admission pro hac vice of Shuba Satyaprasad to represent Akin Gump Strauss Hauer & Feld LLP and Scott Cable Communications, Inc., for all purposes, including appearance in testimonial proceedings in the above styled case.

Dated this 15th day of April 2005 at Bridgeport, Connecticut.

By:_____/s/_____
Craig I. Lifland (ct00976)
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT 06605-0186
(203) 368-4234

CERTIFICATE OF SERVICE

I, Craig I. Lifland, hereby certify that on the _____ day of April, 2005 I served a

copy of the foregoing to the following:

> Zeisler & Zeisler, P.C.
> 558 Clinton Avenue
> P. O. Box 3186
> Bridgeport, CT 06605-0186
> (203) 368-4234
>
> By:_____/s/_____
>     Craig I. Lifland  (ct00976)

Holley Clairborne, Esq.
Office of the U. S. Trustee
One Century Tower
265 Church Street
Suite 1103
New Haven, CT 06510-7016

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SCOTT CABLE COMMUNICATIONS, INC. | : | Case No. 3:02-CV- |
| | : | 1725 (AWT) |
| d/b/a AMERICAN CABLE ENTERTAINMENT, | : | (consolidated |
| | : | bankruptcy appeals) |
| | : | Bankr. Ct. Case No. |
| | : | 98-51923) |
| | : | |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SCOTT CABLE COMMUNICATIONS, INC., | : | |
| STATE STREET BANK AND TRUST CO. | : | |
| as Indenture Trustee for certain note holders, and | : | |
| AKIN GUMP STRAUSS HAUER & FELD LLP, | : | |
| | : | |
| Appellees. | : | |

---------------------------------------------------------------

## AFFIDAVIT IN SUPPORT OF MOTION
## FOR ADMISSION OF VISITING COUNSEL

State of New York    )
                     ) ss:
County of New York )

Personally appeared Shuba Satyaprasad, who first being duly sworn, does depose and say as follows:

1. I am over the age of 18 years and believe in the obligation of an oath.

2. I have an existing, on-going relationship with Akin Gump Strauss Hauer & Feld LLP and Scott Cable Communications, Inc. and I am familiar with their dealings, background and relationship in the above captioned case.

3. My office is Akin Gump Strauss Hauer & Feld LLP with an office located at 590 Madison Avenue, New York, New York 10022.

4. I am a member in good standing of the Bar of the following state and other Courts:

    a. State of New York
    b. State of Connecticut
    c. Southern District of New York
    d. Eastern District of New York
    e. Northern District of New York

5. I am familiar with the Local Rules of Civil Procedure for the U. S. District Court for the District of Connecticut and the Local Rules of Bankruptcy Procedure.

6. Neither I, nor, to the best of my knowledge, and information and belief, any member of the law firm of Akin Gump Strauss Hauer & Feld LLP has been denied admission or disciplined in accordance with Rule 3 of the Local Rules of Civil Procedure, nor been denied admission or disciplined by any other Court.

    Dated at New York, New York this 14th day of April 2005.

        By: _____
           Shuba Satyaprasad , Esq.

Subscribed and sworn to
before me this _13th_ day
of April 2005

_____
Notary Public

My commission expires:

NANCY C. KUNEN
Notary Public, State of New York
No. 43-4945938
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires   1-27-07

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------

| | |
|---|---|
| In re              : | Chapter 11 |
|                : | |
| SCOTT CABLE COMMUNICATIONS, INC. : | Case No. 3:02-CV-1725 (AWT) |
|                : | |
| d/b/a AMERICAN CABLE ENTERTAINMENT, : | (consolidated bankruptcy appeals) |
|                : | Bankr. Ct. Case No. 98-51923) |

In re  :  Chapter 11

SCOTT CABLE COMMUNICATIONS, INC. :  Case No. 3:02-CV-1725 (AWT)

d/b/a AMERICAN CABLE ENTERTAINMENT, :  (consolidated bankruptcy appeals) Bankr. Ct. Case No. 98-51923)

Debtor. :

------------------------------------------------------------

UNITED STATES OF AMERICA, :

   Appellant, :

v. :

SCOTT CABLE COMMUNICATIONS, INC., :
STATE STREET BANK AND TRUST CO. :
as Indenture Trustee for certain note holders, and :
AKIN GUMP STRAUSS HAUER & FELD LLP, :

   Appellees. :

------------------------------------------------------------

ORDER AUTHORIZING ADMISSION OF
SHUBA SATYAPRASAD, PRO HAC VICE

Upon the properly filed Motion for an Order Authorizing Shuba Satyaprasad, Esq. to be admitted pro hac vice to represent Akin Gump Strauss Hauer & Feld LLP and Scott Cable Communications, Inc. in the above captioned case, the Court being satisfied that he is qualified to represent and appear in this Case, and due and sufficient cause appearing therefore, it is

HEREBY ORDERED that the Motion for Admission Pro Hac Vice is granted and that Shuba Satyaprasad, Esq. is hereby admitted pro hac vice to represent the interests of Akin Gump

EAST 7385740 v1

Strauss Hauer & Feld LLP and Scott Cable Communications, Inc., in the above captioned

proceedings.

Dated: _____


                                      _____
                                        The Honorable Alvin W. Thompson
                                        United States District Court Judge