UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

In re                                                : Chapter 11
                                                     :
SCOTT CABLE COMMUNICATIONS, INC.                     : Case No. 3:02-CV-
                                                     : 1725 (AWT)
d/b/a AMERICAN CABLE ENTERTAINMENT,                  : (consolidated
                                                     : bankruptcy appeals)
                                                     : Bankr. Ct. Case No.
                                                     : 98-51923)
                                                     :
            Debtor.                                  :
---
UNITED STATES OF AMERICA,                            :
                                                     :
            Appellant,                               :
                                                     :
      v.                                             :
                                                     :
SCOTT CABLE COMMUNICATIONS, INC.,                    :
STATE STREET BANK AND TRUST CO.                      :
as Indenture Trustee for certain note holders, and   :
AKIN GUMP STRAUSS HAUER & FELD LLP,                  :
                                                     :
            Appellees.                               :
---

## JOINDER OF SCOTT CABLE COMMUNICATIONS, INC. TO BRIEF OF APPELLEE U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR TO <u>STATE STREET BANK AND TRUST COMPANY, AS INDENTURE TRUSTEE</u>

**AKIN GUMP STRAUSS
HAUER & FELD LLP**
Daniel H. Golden
Shuba Satyaprasad (*pro hac vice* application pending)
590 Madison Avenue
New York, New York 10022
(212) 872-1000

Attorneys for Appellee
SCOTT CABLE COMMUNICATIONS, INC.

EAST 7390394 v1

Street Bank and Trust Company, as Indenture Trustee (the "Indenture Trustee"). In support of its Joinder, Scott Cable respectfully represents as follows:

## BACKGROUND

The United States has appealed the following three orders of the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court"):

- the July 18, 2002 Bankruptcy Court order denying the United States' Motion to Convert the Chapter 11 proceedings pending before that court to Chapter 7, pursuant to Section 1112 of the Bankruptcy Code, or to appoint a Chapter 11 Trustee pursuant to Section 1104 of the Bankruptcy Code (the "Order Denying Conversion");

- the Bankruptcy Court's order authorizing the Debtor, pursuant to Section 363 of the Bankruptcy Code, to use cash collateral securing the lien of U.S. Bank National Association, as Indenture Trustee, on behalf of Noteholders to pay interim fees of Debtors' counsel (the "Cash Collateral Order"); and

- the Bankruptcy Court's order dated December 23, 2002, granting the interim fee request of Akin Gump Strauss Hauer & Feld LLP (the "Fees Order").[1]

The United States had moved in the Bankruptcy Court to convert the case to chapter 7 or, in the alternative, for the appointment of a Chapter 11 Trustee. The Bankruptcy Court's July 18, 2002 Order denying that motion is the subject of the instant appeal.

## JOINDER

---

[1] On April 15, 2005, the Debtor and Akin Gump Strauss Hauer & Feld LLP filed the Application of Scott Cable Communications, Inc., et al. for an Extension of Time to File Their Appellees' Brief in the Cash Collateral/Interim-Fees Appeal (the "Extension Request"), seeking to extend their time to file their Appellees' brief with regard to the Cash Collateral Order and Fees Order until 30 days after the entry of a final order in the related Delaware bankruptcy adversary proceeding No. 98-5104, filed on November 19, 1998, by appellant United States of America (the "United States"), on behalf of the Internal Revenue Services ("IRS") against the Indenture Trustee, or, alternatively, until 14 days after this Court's entry of a ruling on the Extension Request.

EAST 7390394 v1

**ZEISLER & ZEISLER, P.C. • ATTORNEYS AT LAW**
558 CLINTON AVENUE • P. O. BOX 3186 • BRIDGEPORT, CONNECTICUT 06605-0186 • (203) 368-4234 • JURIS NO. 69625

On April 22, 2005, the Indenture Trustee filed the Brief. The Debtor agrees with the factual and legal arguments set forth in the Brief and, accordingly, files this Joinder in support of the Brief.

## CONCLUSION

For all of the foregoing reasons, the Debtor respectfully requests that (a) (i) the Court affirm the Bankruptcy Court's Order Denying Conversion, or (ii) to the extent that this Court finds that the Bankruptcy Court's Order Denying Conversion should be overturned, that this Court remand the matter to the Bankruptcy Court for further consideration in light of such ruling; and (b) the Court grant such other relief as the Court deems just, equitable and proper.

Dated: Bridgeport, Connecticut
April 25, 2005

ZEISLER & ZEISLER P.C.

By: _____
Craig Lifland

558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234

AKIN GUMP STRAUSS HAUER & FELD LLP

Daniel H. Golden
Shuba Satyaprasad (*pro hac vice* application pending)
590 Madison Avenue
New York, New York 10022
(212) 872-1000

Co-Counsel to the Debtor

EAST 7390394 v1

**ZEISLER & ZEISLER, P.C.** • *ATTORNEYS AT LAW*
558 CLINTON AVENUE • P. O. BOX 3186 • BRIDGEPORT, CONNECTICUT 06605-0186 • (203) 368-4234 • JURIS NO. 69625

CERTIFICATE OF SERVICE

I, Craig I. Lifland, hereby certify that a copy of the Joinder Of Scott Cable Communications, Inc.
To Brief Of Appellee U.S. Bank National Association relating to same was served by first class U. S. Mail, postage prepaid, on April 25, 2005, to the following:

Corrine L. Burnick

cburnick@goodwin.com, bankruptcy@goodwin.com

Ira H. Goldman

igoldman@goodwin.com, bankruptcy@goodwin.com

Kathleen M. LaManna
klamanna@goodwin.com, bankruptcy@goodwin.com
Shipman & Goodwin
One American Row
Hartford, CT 06103

Ann M. Nevins
Ann.Nevins@usdoj.gov, Dawn.dellaquila@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
915 Lafayette Blvd., Room 309
Bridgeport, CT 06604

Joan Eisenman Pilver
Joan.pilver@po.state.ct.us

Peter Sklarew
Peter.A.Sklarew@usdoj.gov, northern.taxcivil@usdoj.gov

Patricia Beary
U.S. Trustee
Office of the U. S. Trustee
265 Church St., Suite 1103
New Haven, CT 06501-7016

EAST 7390394 v1

ZEISLER & ZEISLER, P.C. • ATTORNEYS AT LAW
558 CLINTON AVENUE • P. O. BOX 3186 • BRIDGEPORT, CONNECTICUT 06605-0186 • (203) 368-4234 • JURIS NO. 69625

Daniel Golden, Esq.
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
590 Madison Avenue
New York, New York 10022

_____
Craig I. Lifland (ct00976)
Zeisler & Zeisler, P. C.
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT 06605-0186
Telephone: (203) 368-4234

EAST 7390394 v1

ZEISLER & ZEISLER, P.C. • ATTORNEYS AT LAW
558 CLINTON AVENUE • P. O. BOX 3186 • BRIDGEPORT, CONNECTICUT 06605-0186 • (203) 368-4234 • JURIS NO. 69625