**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
In re:                        :
                              :
SCOTT CABLE COMMUNICATIONS,   :
INC.,                         :   No.3:02CV01725(AWT)
                              :   (consolidated bankruptcy
        Debtor.               :   appeals) (Bankr. Ct. Case No.
                              :   98-51923)
                              :
------------------------------x
                              :
UNITED STATES OF AMERICA,     :
                              :
        Appellant,            :
    v.                        :
                              :
SCOTT CABLE COMMUNICATIONS,   :
INC., STATE STREET BANK AND   :
TRUST CO. as Indenture        :
Trustee for certain note      :
holders, and AKIN, GUMP,      :
STRAUSS, HAUER & FELD, LLP,   :
                              :
        Appellees.            :
------------------------------x
```

## ENDORSEMENT ORDER

The Application of Scott Cable Communications, Inc., <u>Et Al.</u> for an Extension of Time to File Their Appellees' Brief in the Cash Collateral/Interim-Fees Appeal (Doc. No. 37) is hereby DENIED.

The court concludes that the motion by appellees Scott Cable and Akin Gump for an indefinite extension of time to file their appellees' brief is really a motion to bifurcate these appeals which have only recently been consolidated by the court

after a review of complicated issues that required extensive briefing by the parties.  Although it is possible that the court may determine that certain issues referenced by the parties in their papers should be decided after the entry of a final order in the Adversary Proceeding, at this juncture the court believes it most appropriate to proceed on the premise that issues related to the cash collateral appeal bear on issues related to the conversion appeal.

    The appellees shall file their appellees' brief in the cash collateral/interim-fee award appeal by no later than May 17, 2005.

    The United States shall file its reply to all appellees' briefs not later than 10 days after service of Akin Gump's brief on the cash collateral/interim-fee issues.

    It is so ordered.

    Dated this 2nd day of May 2005, at Hartford, Connecticut.



                                      /s/
                                      Alvin W. Thompson
                                 United States District Judge