UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 APR 28 P 2: 38

U.S. DISTRICT COURT

|  |  |
|---|---|
| In re: | ) |
| | ) |
| SCOTT CABLE COMMUNICATIONS, INC., | ) |
| | ) |
| Debtor. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellant, | ) |
| v. | ) |
| | ) |
| SCOTT CABLE COMMUNICATIONS, INC., | ) |
| STATE STREET BANK AND TRUST CO. as | ) |
| Indenture Trustee for certain note holders, and | ) |
| AKIN, GUMP, STRAUSS, HAUER & FELD, LLP, | ) |
| | ) |
| Appellees | ) |

No. 3:02-CV-1725 (AWT)
(consolidated bankruptcy appeals)
(Bankr. Ct. Case No. 98-51923)

**UNITED STATES' REQUEST THAT COURT CONSIDER ATTACHED
PROPOSED SUR-REPLY, OBJECTING TO INCORRECT STATEMENTS IN (DI#40)
AKIN GUMP'S REPLY TO RESPONSE TO PROCEDURAL MOTION (DI# 37)**

The United States hereby requests that the Court consider the attached proposed sur-reply

objecting to incorrect statements in an unauthorized reply (DI# 40) filed by Akin Gump in support

of its motion (DI# 37) for what it calls an enlargement for its brief (but which is really a motion to

bifurcate these recently consolidated appeals and indefinitely stay part of them). The United States

also requests that the Court resolve Akin Gump's motion expeditiously in view of the fact that its

answer brief on the merits is now technically overdue (although the government does not oppose a

two-week extension until May 6, 2005).[1] The United States previously telefaxed to Judge

HARTFORD, CT.

---

[1] At a telephonic hearing on March 14, 2005, Judge Thompson indicated an intention to try to
reach and resolve these appeals before embarking on a large criminal trial in the Fall, and the
government wishes to assure that whichever of the appeals proceed at this time, the briefing is
completed reasonably soon.

1

**GRANTED.   It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 5/2/05