UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re | Chapter 11 |
| SCOTT CABLE COMMUNICATIONS, INC. | Case No. 3:02-CV-1725 (AWT) |
| d/b/a AMERICAN CABLE ENTERTAINMENT, | (consolidated bankruptcy appeals) Bankr. Ct. Case No. 98-51923) |
| Debtor. | |
| UNITED STATES, | |
| Appellant, | |
| v. | |
| SCOTT CABLE COMMUNICATIONS, INC., STATE STREET BANK AND TRUST CO. as Indenture Trustee for certain note holders, and AKIN GUMP STRAUSS HAUER & FELD LLP, | |
| Appellees. | |

**NOTICE OF ERRATA FOR APPELLEES' BRIEF OF SCOTT CABLE COMMUNICATIONS, INC. AND AKIN GUMP STRAUSS HAUER & FELD LLP**

| AKIN GUMP STRAUSS HAUER & FELD LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| Daniel H. Golden | L. Rachel Helyar (*pro hac vice* application to be filed) |
| Shuba Satyaprasad (Fed. Bar No. phv0305) | Anne K. Edwards (*pro hac vice* application to be filed) |
| 590 Madison Avenue | 2029 Century Park East, Suite 2400 |
| New York, New York 10022 | Los Angeles, California 90067 |
| Telephone (212) 872-1000 | Telephone (310) 229-1000 |
| Facsimile (212) 872-1001 | Facsimile (310) 229-1001 |

Attorneys for Appellees
SCOTT CABLE COMMUNICATIONS, INC. AND
AKIN GUMP STRAUSS HAUER & FELD LLP

EAST 7405163 v1

PLEASE TAKE NOTICE of the following errata in Appellees' Brief of Scott Cable Communications, Inc. and Akin Gump Strauss Hauer & Feld LLP (the "Brief"):

1.  The cover page of the Brief should reflect that the *pro hac vice* applications for L. Rachel Helyar and Anne K. Edwards shall be filed and the Federal Bar Number for Shuba Satyaprasad, and should read:

| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>Shuba Satyaprasad (Fed. Bar No. phv0305)<br>590 Madison Avenue<br>New York, New York 10022<br>Telephone (212) 872-1000<br>Facsimile (212) 872-1001 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>L. Rachel Helyar (*pro hac vice* application to be filed)<br>Anne K. Edwards (*pro hac vice* application to be filed)<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067<br>Telephone (310) 229-1000<br>Facsimile (310) 229-1001 |
|---|---|

2.  The Conclusion of the Brief on Page 33 should read as follows:

### CONCLUSION

For the foregoing reasons, the Court should affirm the Connecticut Bankruptcy Court's (1) July 18, 2002 order approving the Cash Collateral Stipulation and denying the motion to convert case to chapter 7 or alternatively appoint a trustee; and (2) the Connecticut Bankruptcy Court's December 23, 2002 order awarding interim fees to Akin Gump.

3.  The signature block on Page 33 should be dated in New York, New York and should include the Federal Bar Number for Shuba Satyaprasad.

4.  A revised Page 33 is attached hereto as <u>Exhibit A</u> and should be used to replace Page 33 in the already-filed Brief.

Dated: New York, New York

| May 18, 2005 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>_____<br>Daniel H. Golden<br>Shuba Satyaprasad (Fed. Bar No. phv0305)<br>590 Madison Avenue<br>New York, New York 10022<br>(212) 872-1000<br><br>L. Rachel Helyar (*pro hac vice* application to be filed)<br>Anne K. Edwards (*pro hac vice* application to be filed)<br>2029 Century Park East, Ste. 2400<br>Los Angeles, California 90067<br>(310) 229-1000                        -and-<br><br>ZEISLER & ZEISLER P.C.<br>Craig Lifland<br>558 Clinton Avenue<br>Bridgeport, CT 06605<br>(203) 368-4234<br><br>Co-Counsel to the Debtor |

# **EXHIBIT A**

Case 3:02-cv-01725-AWT    Document 47    Filed 05/19/2005    Page 4 of 6

**EXHIBIT A**

warranted unless and until creditor succeeded or creditor's success was imminent); *see also In re Matis*, 73 B.R. 228, 235 (Bankr. N.D.N.Y. 1987) (where creditor did not have security interest in debtor's assets and nature of any potential security interest was pending in litigation, denial of interim compensation solely on strength of creditor's objection would be inequitable and premature).

Because the Indenture Trustee for the Junior Secured PIK Note Holders consented to the payment of legal fees, and because the United States' success in the Adversary Proceeding is not a foregone conclusion, the Connecticut Bankruptcy Court properly exercised its discretion in awarding interim fees to Akin Gump.

## CONCLUSION

For the foregoing reasons, the Court should affirm the Connecticut Bankruptcy Court's (1) July 18, 2002 order approving the Cash Collateral Stipulation and denying the motion to convert case to chapter 7 or alternatively appoint a trustee; and (2) the Connecticut Bankruptcy Court's December 23, 2002 order awarding interim fees to Akin Gump.

Dated: New York, New York

May 17, 2005

AKIN GUMP STRAUSS HAUER & FELD LLP

_____
Daniel H. Golden
Shuba Satyaprasad (Fed. Bar No. phv0305))
590 Madison Avenue
New York, New York  10022
(212) 872-1000

L. Rachel Helyar (*pro hac vice* application to be filed)
Anne K. Edwards (*pro hac vice* application to be filed)
2029 Century Park East, Ste. 2400
Los Angeles, California 90067
(310) 229-1000                                                        -and-

ZEISLER & ZEISLER P.C.

Certificate of Service

IT IS CERTIFIED that service of the **Notice of Errata for Appellees' Brief of Scott Cable Communications, Inc. and Akin Gump Strauss Hauer & Feld LLP** has this 18th day of May, 2005, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Ira Goldman
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Patricia Beary
Asst. U.S. Trustee
265 Church Street, Ste. 1103
New Haven, CT 06510-7016

Joan Pilver
Assistant Attorney General
State of Connecticut
55 Elm Street, 5th Floor
Hartford, CT 06141

Peter Sklarew
United States Department of Justice
Tax Division
P.O. Box 55
Washington, D.C. 20044

_____
Shuba Satyaprasad