UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>SCOTT CABLE COMMUNICATIONS, INC.,<br><br>    Debtor.<br><br>UNITED STATES OF AMERICA,<br><br>    Appellant,<br>v.<br><br>SCOTT CABLE COMMUNICATIONS, INC.,<br>STATE STREET BANK AND TRUST CO. as<br>Indenture Trustee for certain note holders, and<br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP,<br><br>    Appellees | **No. 3:02-CV-1725 (AWT)**<br>(consolidated bankruptcy appeals)<br>(Bankr. Ct. Case No. 98-51923) |

**UNITED STATES' MOTION FOR ENLARGEMENT OF PAGE LIMIT
AND THAT COURT ACCEPT THIRTY-TWO PAGE
COMBINED REPLY BRIEF (FILED HEREWITH)**

The United States, pursuant to Bankruptcy Rule 8011(b) (procedural motions in bankruptcy appeals), moves that the Court accept a thirty-two page combined reply brief, filed herewith, by enlarging the twenty-five page limit for appellants' reply briefs in Bankruptcy Rule 8010(c).

By order of March 14, 2005, this Court consolidated (1) the government's appeal from the bankruptcy court's 7/18/02 order denying conversion to Chapter 7 (or appointment of a Chapter 11 trustee) and granting the request of debtor to use property of the estate, alleged to be the cash collateral of the indenture trustee, in financing the debtor's participation in the Delaware adversary proceeding on the side of seeking to uphold the security interest of the indenture trustee for the claims of the holders of the junior subordinated secured PIK notes, with (2) the government's appeal from the bankruptcy court's 12/23/02 order granting interim fees to the Akin Gump law firm as counsel for the debtor, for hours billed outside of the Delaware adversary proceeding. The Court also granted a procedural motion to allow each party the option of filing separate briefs or a

combined brief up to seventy-five pages, in lieu of the fifty pages allowed under Bankruptcy Rule 8010(c).

On April 7, 2005, the United States filed a combined opening brief of seventy-two pages. In view of a comprehensive fact statement, the arguments respecting the conversion issue began on page 27, and the arguments on the cash collateral and interim fees issues began on page 37.  On April 22, 2005, the Indenture Trustee filed an 11-page brief devoted solely to the conversion issue. The debtor subsequently filed a joinder in that brief and sought bifurcation of the appeals and a stay of the remaining issues.  This Court denied bifurcation.  On May 17, 2005, debtor and Akin Gump filed their answer brief devoted solely to the cash collateral and interim fees issues, consisting of thirty-three pages.  The thirty-two page reply filed herewith, after an introduction and section seeking to correct typographical errors in the government's Opening Brief, includes ten pages of argument on the conversion issue and twenty pages of argument on the cash collateral and interim fees issues.  The government submits that the reply is not repetitive and does not exceed the scope of the arguments in the answer briefs.

WHEREFORE the United States requests that the Court accept the thirty-two page reply filed concurrently herewith.  If the Court denies this request, then the government alternatively seeks five days from the denial order to determine what arguments to delete from the reply in order

to reduce it to twenty-five pages and refile it.

                                              /s/ *Peter Sklarew*
                                        PETER SKLAREW
                                        Federal Bar No. CT 17864
                                        U.S. Department of Justice, Tax Div.
                                        P.O. Box 55
                                        Washington, D.C. 20044-0055
                                        (202) 307-6571

*Local Counsel:*

KEVIN J. O'CONNOR
United States Attorney
ANN M. NEVINS
Assistant United States Attorney
Federal Bar No. CT06484
915 Lafayette Blvd., Room 309
Bridgeport, CT  06604
(203) 696-3000

## CERTIFICATE OF SERVICE

     IT IS CERTIFIED that service of the **UNITED STATES' MOTION FOR ENLARGEMENT OF PAGE LIMIT, AND THAT COURT ACCEPT THIRTY-TWO PAGE COMBINED REPLY BRIEF (FILED HEREWITH)** is, this 31st day of May, 2005, being made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Daniel H. Golden
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY  10022

Craig I. Lifland
Zeisler & Zeisler
558 Clinton Avenue
Bridgeport, CT  06605

Ira Goldman
Shipman & Goodwin
One American Row
Hartford, CT  06103-2819

Patricia Beary
Asst. U.S. Trustee
265 Church Street, Ste. 1103
New Haven, CT  06510-7016

Joan Pilver
Assistant Attorney General
State of Connecticut
55 Elm Street, 5th Floor
Hartford, CT 06141

                                              /s/ *Peter Sklarew*
                                        PETER SKLAREW
                                        Attorney, Tax Division, Dept. of Justice