UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| In re : | Chapter 11 |
| SCOTT CABLE COMMUNICATIONS, INC. : | Case No. 3:02-CV-1725 (AWT) |
| d/b/a AMERICAN CABLE ENTERTAINMENT, : | (consolidated bankruptcy appeals) |
| : | Bankr. Ct. Case No. 98-51923) |
| Debtor. : | |
| UNITED STATES, : | |
| Appellant, : | |
| v. : | |
| SCOTT CABLE COMMUNICATIONS, INC., : | |
| STATE STREET BANK AND TRUST CO. : | |
| as Indenture Trustee for certain note holders, and : | |
| AKIN GUMP STRAUSS HAUER & FELD LLP, : | |
| Appellees. : | |

---

## MOTION FOR ORAL ARGUMENT

| AKIN GUMP STRAUSS HAUER & FELD LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| Daniel H. Golden | L. Rachel Helyar (*pro hac vice* application pending) |
| Shuba Satyaprasad (Fed. Bar No. phv0305) | Anne K. Edwards (*pro hac vice* application pending) |
| 590 Madison Avenue | 2029 Century Park East, Suite 2400 |
| New York, New York 10022 | Los Angeles, California 90067 |
| Telephone (212) 872-1000 | Telephone (310) 229-1000 |
| Facsimile (212) 872-1001 | Facsimile (310) 229-1001 |

Attorneys for Appellees
SCOTT CABLE COMMUNICATIONS, INC. AND
AKIN GUMP STRAUSS HAUER & FELD LLP

EAST 7415080 v2

Scott Cable Communications, Inc. (the "Debtor" or "Scott Cable") and Akin Gump Strauss Hauer & Feld LLP ("Akin Gump", and collectively with the Debtor, "Appellees"), respectfully submit this motion (the "<u>Motion</u>") requesting oral argument in the above-captioned bankruptcy appeal now that briefing is complete.

## **RELIEF REQUESTED**

Rule 8012 of the Federal Rules of Bankruptcy Procedure provides that "[o]ral argument shall be allowed in all cases unless the district judge . . . determine[s] after examination of the briefs and record, or appendix to the brief, that oral argument is not needed." Fed. R. Bankr. P. 8012. Further, Bankruptcy Rule 8012 provides that "[a]ny party shall have an opportunity to file a statement setting forth the reason why oral argument should be allowed." *See id.*

This case has had a long and tumultuous history, and the issues before the Court are quite complex and deal, in part, with orders entered in other jurisdictions (*i.e.*, the United States Bankruptcy Court for the District of Delaware). In light of these factors, Appellees respectfully request that this Court allow oral argument in this case. Counsel for the United States, Appellant in this matter, agrees that oral argument is appropriate in this case. He has informed Appellees that he is available on any date (except July 29, 2005 through August 8, 2005). Both Appellants and Appellees are willing to appear in person or by phone, whichever is more convenient for the Court.

**WHEREFORE**, Appellees respectfully request that the Court enter an order (a) allowing for oral argument in this matter, and (b) for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
June 6, 2005

                    AKIN GUMP STRAUSS HAUER & FELD LLP

                    Daniel H. Golden
                    Shuba Satyaprasad (Fed. Bar No. phv0305)
                    590 Madison Avenue
                    New York, New York  10022
                    (212) 872-1000

                    L. Rachel Helyar (*pro hac vice* application pending)
                    Anne K. Edwards (*pro hac vice* application pending)
                    2029 Century Park East, Ste. 2400
                    Los Angeles, California 90067
                    (310) 229-1000

                              -and-

                    ZEISLER & ZEISLER P.C.
                    Craig Lifland
                    558 Clinton Avenue
                    Bridgeport, CT 06605
                    (203) 368-4234

                    Co-Counsel to the Debtor

<u>Certificate of Service</u>

IT IS CERTIFIED that service of the **Motion for Oral Argument** has this 6th day of June, 2005, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Ira Goldman
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Patricia Beary
Asst. U.S. Trustee
265 Church Street, Ste. 1103
New Haven, CT 06510-7016

Joan Pilver
Assistant Attorney General
State of Connecticut
55 Elm Street, 5th Floor
Hartford, CT 06141

Peter Sklarew
United States Department of Justice
Tax Division
P.O. Box 55
Washington, D.C. 20044

Shuba Satyaprasad