UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

In re                                          : Chapter 11
                                               :
SCOTT CABLE COMMUNICATIONS, INC.               : Case No. 3:02-CV-
                                             : 1725 (AWT)
d/b/a AMERICAN CABLE ENTERTAINMENT,            :   (consolidated
                                             : bankruptcy appeals)
                                               :   Bankr. Ct. Case No.
                                               :   98-51923)
                                               :
                Debtor.                        :
---
UNITED STATES OF AMERICA,                      :
                                               :
                Appellant,                     :
                                               :
        v.                                     :
                                               :
SCOTT CABLE COMMUNICATIONS, INC.,              :
STATE STREET BANK AND TRUST CO.                :
as Indenture Trustee for certain note holders, and :
AKIN GUMP STRAUSS HAUER & FELD LLP,            :
                                               :
                Appellees.                     :
---

### MOTION FOR ADMISSION OF VISITING COUNSEL

The undersigned sponsoring attorney, a member in good standing of the Bar of this Court respectfully moves pursuant to Rule 83.1(d) of the local Rules of Civil Procedure for the United States District Court for the District of Connecticut, as made applicable by D. CONN LBR 1001-1(b) of the local Rules of Bankruptcy Procedure, for the admission *pro hac vice* of visiting lawyer Anne K. Edwards, Esq. of the law firm of Akin Gump Strauss Hauer & Feld LLP with an office located at 2029 Century Park East, Suite 2400, Los Angeles, California 90067, to represent Akin Gump Strauss Hauer & Feld LLP and Scott Cable Communications, Inc., in

EAST 7385740 v1

connection with the above captioned proceeding, and in support of this Motion represents the following:

1. Attorney Edwards' office address is 2029 Century Park East, Suite 2400, Los Angeles, California 90067.

2. Attorney Edwards is admitted to the Bar of the State California and is a member in good standing since 1983 and admitted to the courts for the Central, Northern, Southern and Eastern Districts of California.

3. Attorney Edwards has read and is familiar with the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut and the Local Rules of Bankruptcy Procedure.

4. Neither Attorney Edwards nor any member of the law firm of Akin Gump Strauss Hauer & Feld LLP has been denied admission nor disciplined in accordance with Rule 3 of the Local Rules of Civil Procedure, nor been denied or disciplined by any other Court.

5. Craig I. Lifland of the law firm of Zeisler & Zeisler, P.C. and a member of the Bar of this Court, will act as local counsel and shall provide a local office upon which service of all papers shall be made under the requirements of Rule 2(c)(1) of the Local Rules of Civil Procedure.

6. The payment of a fee of $25.00 to the Clerk of the United States District Court accompanies this Motion in accordance with Rule 83.1(d)(2) of the Local Rules of Civil Procedure.

7. A copy of this Motion and the supporting affidavit of Anne K. Edwards, Esq. has been served upon the Office of the United States Trustee and counsel for the Appellant.

EAST 7385740 v1

8. The undersigned respectfully requests that this Notice be deemed sufficient and that no further Notice be required.

WHEREFORE the undersigned respectfully moves that the Court enter an Order approving the admission pro hac vice of Anne K. Edwards to represent Akin Gump Strauss Hauer & Feld LLP and Scott Cable Communications, Inc., for all purposes, including appearance in testimonial proceedings in the above styled case.

Dated this 2nd day of June 2005 at Los Angeles, California.

By: _____
Craig I. Lifland (ct00976)
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT 06605-0186
(203) 368-4234

EAST 7385740 v1

## CERTIFICATE OF SERVICE

I, Craig I. Lifland, hereby certify that on the 3rd day of June, 2005, I served a copy of the annexed Motions for Admission of Visiting Counsel (2) to those parties listed below by facsimile and first class U. S. Mail.

Steven Mackey, Esq.
Office of the U. S. Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510

Ann Nevins, Esq.
Assistant U. S. Attorney
United States Attorney's Office
915 Lafayette Boulevard, Room 309
Bridgeport, Ct 06604

State Street Bank and Trust Company
Ira H. Goldman, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Joan Pilver, Esq.
Assistant Attorney General State of Connecticut
55 Elm Street
Hartford, CT 06141

Peter Sklarew, Esq.
Alan Shapiro, Esq.
U. S. Dept. of Justice
Tax Division
P. O. Box 55
Washington, D.C. 2004-0055

By:_____
Craig I. Lifland (ct00976)
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT 06605-0186
(203)368-4234

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

In re : Chapter 11
:
SCOTT CABLE COMMUNICATIONS, INC. : Case No. 3:02-CV-
: 1725 (AWT)
d/b/a AMERICAN CABLE ENTERTAINMENT, : (consolidated
: bankruptcy appeals)
: Bankr. Ct. Case No.
: 98-51923)
:
:
Debtor. :

---

UNITED STATES OF AMERICA, :
:
Appellant, :
:
v. :
:
SCOTT CABLE COMMUNICATIONS, INC., :
STATE STREET BANK AND TRUST CO. :
as Indenture Trustee for certain note holders, and :
AKIN GUMP STRAUSS HAUER & FELD LLP, :
:
Appellees. :

---

### AFFIDAVIT IN SUPPORT OF MOTION
### FOR ADMISSION OF VISITING COUNSEL

State of California    )
                       ) ss:
County of Los Angeles)

Personally appeared Anne K. Edwards, who first being duly sworn, does depose and say as follows:

1. I am over the age of 18 years and believe in the obligation of an oath.

2. I have an existing, on-going relationship with Akin Gump Strauss Hauer & Feld LLP and Scott Cable Communications, Inc. and I am familiar with their dealings, background and relationship in the above captioned case.

EAST 7385740 v1

3. My office is Akin Gump Strauss Hauer & Feld LLP with an office located at 2029 Century Park East, Suite 2400, Los Angeles, California 90067.

4. I am a member in good standing of the Bar of the following state and other Courts:

      a. State of California
      b. United States Court of Appeals for the Ninth Circuit
      c. Central District of California
      d. Southern District of California
      e. Eastern District of California
      f. Northern District of California

5. I am familiar with the Local Rules of Civil Procedure for the U. S. District Court for the District of Connecticut and the Local Rules of Bankruptcy Procedure.

6. Neither I, nor, to the best of my knowledge, and information and belief, any member of the law firm of Akin Gump Strauss Hauer & Feld LLP has been denied admission or disciplined in accordance with Rule 3 of the Local Rules of Civil Procedure, nor been denied admission or disciplined by any other Court.

Dated at Los Angeles, California this 18th day of May 2005.

By: _____
Anne K. Edwards, Esq.

Subscribed and sworn to
before me this 18th day
of May 2005

_____
Notary Public

My commission expires: 5.22.2007

DAVINA COLVIN
Commission # 1406572
Notary Public - California
Los Angeles County
My Comm. Expires Mar 22, 2007

EAST 7385740 v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| In re | Chapter 11 |
| SCOTT CABLE COMMUNICATIONS, INC. | Case No. 3:02-CV-1725 (AWT) |
| d/b/a AMERICAN CABLE ENTERTAINMENT, | (consolidated bankruptcy appeals) |
| | Bankr. Ct. Case No. 98-51923) |
| Debtor. | |
| UNITED STATES OF AMERICA, | |
| Appellant, | |
| v. | |
| SCOTT CABLE COMMUNICATIONS, INC., STATE STREET BANK AND TRUST CO. as Indenture Trustee for certain note holders, and AKIN GUMP STRAUSS HAUER & FELD LLP, | |
| Appellees. | |

ORDER AUTHORIZING ADMISSION OF
ANNE K. EDWARDS, PRO HAC VICE

Upon the properly filed Motion for an Order Authorizing Anne K. Edwards, Esq. to be admitted pro hac vice to represent Akin Gump Strauss Hauer & Feld LLP and Scott Cable Communications, Inc. in the above captioned case, the Court being satisfied that she is qualified to represent and appear in this Case, and due and sufficient cause appearing therefore, it is

HEREBY ORDERED that the Motion for Admission Pro Hac Vice is granted and that Anne K. Edwards, Esq. is hereby admitted pro hac vice to represent the interests of Akin Gump

EAST 7385740 v1

Strauss Hauer & Feld LLP and Scott Cable Communications, Inc., in the above captioned proceedings.

Dated: _____

                                                          _____
                                                          The Honorable Alvin W. Thompson
                                                          United States District Court Judge