UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

In re                                                              : Chapter 11
                                                                   :
SCOTT CABLE COMMUNICATIONS, INC.                                   : Case No. 3:02-CV-
                                                                   : 1725 (AWT)
d/b/a AMERICAN CABLE ENTERTAINMENT,                                : (consolidated
                                                                   : bankruptcy appeals)
                                                                   : Bankr. Ct. Case No.
                                                                   : 98-51923)
                                                                   :
                    Debtor.                                        :
---
UNITED STATES OF AMERICA,                                          :
                                                                   :
                    Appellant,                                     :
                                                                   :
            v.                                                     :
                                                                   :
SCOTT CABLE COMMUNICATIONS, INC.,                                  :
STATE STREET BANK AND TRUST CO.                                    :
as Indenture Trustee for certain note holders, and                 :
AKIN GUMP STRAUSS HAUER & FELD LLP,                                :
                                                                   :
                    Appellees.                                     :
---

## MOTION FOR ADMISSION OF VISITING COUNSEL

The undersigned sponsoring attorney, a member in good standing of the Bar of this Court respectfully moves pursuant to Rule 83.1(d) of the local Rules of Civil Procedure for the United States District Court for the District of Connecticut, as made applicable by D. CONN LBR 1001-1(b) of the local Rules of Bankruptcy Procedure, for the admission *pro hac vice* of visiting lawyer Anne K. Edwards, Esq. of the law firm of Akin Gump Strauss Hauer & Feld LLP with an office located at 2029 Century Park East, Suite 2400, Los Angeles, California 90067, to represent Akin Gump Strauss Hauer & Feld LLP and Scott Cable Communications, Inc., in

**GRANTED. It is so ordered.**

EAST 7385740 v1

---

Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/9/05