**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
In re:                        :
                              :
SCOTT CABLE COMMUNICATIONS,   :
INC.,                         :   No.3:02CV01725(AWT)
                              :   (consolidated bankruptcy
         Debtor.              :    appeals) (Bankr. Ct. Case No.
                              :    98-51923)
                              :
------------------------------x
UNITED STATES OF AMERICA,     :
                              :
         Appellant,           :
    v.                        :
                              :
SCOTT CABLE COMMUNICATIONS,   :
INC., STATE STREET BANK AND   :
TRUST CO. as Indenture        :
Trustee for certain note      :
holders, and AKIN, GUMP,      :
STRAUSS, HAUER & FELD, LLP,   :
                              :
         Appellees.           :
------------------------------x
```

**<u>ENDORSEMENT ORDER</u>**

The United States' Motion for Enlargement of Page Limit and That Court Accept Thirty-Two Page Combined Reply Brief is hereby GRANTED. The Clerk shall docket the attached United States' Combined Reply Brief.

It is so ordered.

Dated this 10th day of June 2005, at Hartford, Connecticut.

```
                              _____/s/_____
                              Alvin W. Thompson
                              United States District Judge
```