ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

APPEARANCE

FILED
2005 JUN 20 A 8: 44

CASE NUMBER: 3:02-CV-1725 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Akin Gump Strauss Hauer & Feld, LLP and Scott Cable Communications, Inc.

_June 16, 2005_
Date

_Anne K. Edwards_
Print Clearly or Type Name

Signature

_phv0347_
Connecticut Federal Bar Number

_2029 Century Park East, Suite 2400_
Address

_(310) 229-1044_
Telephone Number

_Los Angeles, CA  90067_

_(310) 229-3862_
Fax Number

_aedwards@akingump.com_
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

**   SEE ATTACHED SERVICE LIST   **

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

# SERVICE LIST

Ira Goldman
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Patricia Beary
Asst. U.S. Trustee
265 Church Street, Ste. 1103
New Haven, CT 06510-7016

Joan Pilver
Assistant Attorney General
State of Connecticut
55 Elm Street, 5th Floor
Hartford, CT 06141

Peter Sklarew
United States Department of Justice
Tax Division
P.O. Box 55
Washington, D.C. 20044