UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

In re                                              : Chapter 11
                                                   :
SCOTT CABLE COMMUNICATIONS, INC.                   : Case No. 3:02-CV-
                                                   : 1725 (AWT)
d/b/a AMERICAN CABLE ENTERTAINMENT,                : (consolidated
                                                   : bankruptcy appeals)
                                                   : Bankr. Ct. Case No.
                                                   : 98-51923)
                                                   :
               Debtor.                             :

---

UNITED STATES,                                     :
                                                   :
               Appellant,                          :
                                                   :
     v.                                            :
                                                   :
SCOTT CABLE COMMUNICATIONS, INC.,                  :
STATE STREET BANK AND TRUST CO.                    :
as Indenture Trustee for certain note holders, and :
AKIN GUMP STRAUSS HAUER & FELD LLP,                :
                                                   :
               Appellees.                          :

---

FILED
2005 JUL -1 P 2: 39
DISTRICT COURT
HARTFORD, CT.

[CASE CAPTION]

| **AKIN GUMP STRAUSS HAUER & FELD LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|---|---|
| Daniel H. Golden | L. Rachel Helyar (*pro hac vice* application to be filed) |
| Shuba Satyaprasad (Fed. Bar No. phv0305) | Anne K. Edwards (*pro hac vice* application to be filed) |
| 590 Madison Avenue | 2029 Century Park East, Suite 2400 |
| New York, New York 10022 | Los Angeles, California 90067 |
| Telephone (212) 872-1000 | Telephone (310) 229-1000 |
| Facsimile (212) 872-1001 | Facsimile (310) 229-1001 |

Attorneys for Appellees
SCOTT CABLE COMMUNICATIONS, INC. AND
Akin Gump Strauss Hauer & Feld LLP

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:02-CV-1725 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Scott Cable Communications, Inc. and Akin Gump Strauss Hauer & Feld LLP

| | |
|---|---|
| \_\_\_\_\_June 15, 2005\_\_\_\_\_ | _____[signature]_____ |
| **Date** | **Signature** |
| \_\_\_\_\_phv0348\_\_\_\_\_ | \_\_\_\_\_L. Rachel Helyar\_\_\_\_\_ |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| \_\_\_\_\_310-229-1079\_\_\_\_\_ | Akin Gump Strauss Hauer & Feld LLP |
| **Telephone Number** | 2029 Century Park East, Suite 2400 |
| | Los Angeles, CA 90067 |
| | **Address** |
| 310-229-1001 | |
| **Fax Number** | |
| rhelyar@akingump.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

[signature]
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

7405287 v1

# SERVICE LIST

Ira Goldman
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Patricia Beary
Asst. U.S. Trustee
265 Church Street, Ste. 1103
New Haven, CT 06510-7016

Joan Pilver
Assistant Attorney General
State of Connecticut
55 Elm Street, 5th Floor
Hartford, CT 06141

Peter Sklarew
United States Department of Justice
Tax Division
P.O. Box 55
Washington, D.C. 20044

7405287 v1