**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
In re:                        :
                              :
SCOTT CABLE COMMUNICATIONS,   :
INC.                          :   No. 3:02CV01725(AWT)
                              :
------------------------------x
```

### ENDORSEMENT ORDER

The appellees' Motion for Oral Argument (Doc. No. 49) is hereby GRANTED.  Counsel for the parties shall contact Courtroom Deputy Sandra Smith, at (860) 240-3880, to set a date and time for oral argument.

It is so ordered.

Dated this 30th day of March 2006 at Hartford, Connecticut.

/s/Alvin W. Thompson

Alvin W. Thompson
United States District Judge