# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:                                                  : | |
|                                                         : | |
| SCOTT CABLE COMMUNICATIONS,          : | No. 3:02-CV-1725 (AWT) |
|                Debtor.                                  : | Consolidated Bankruptcy Appeals |
|                                                         : | (Bankruptcy Court Case No. 98-51923) |
|                                                         : | |
|                                                         : | |
| UNITED STATES OF AMERICA,               : | |
|                Appellant,                               : | |
|                                                         : | |
|          v.                                             : | |
|                                                         : | |
| SCOTT CABLE COMMUNICATIONS,          : | |
| INC., STATE STREET BANK AND           : | |
| TRUST CO. as Indenture Trustee for       : | |
| certain note holders, and AKIN GUMP     : | |
| STRAUSS HAUER & FELD LLP.,            : | |
|                Appellees.                               : | |
|                                                         : | |

## APPEARANCE

**TO THE CLERK OF THE COURT:**

Please enter the appearance of Kellianne Baranowsky, of Zeisler & Zeisler, P.C., as

attorney for the Debtor/Appelle, Scott Cable Communications, Inc.

                            **SCOTT CABLE COMMUNICATIONS, INC.**

                            BY: *Kelli Baranowsky*
                            Kellianne Baranowsky (ct26684)
                            Zeisler & Zeisler, P.C.
                            558 Clinton Avenue
                            Bridgeport, CT 06605
                            (203) 368-4234

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed via U.S. mail, postage pre-paid, on this, the 19th day of April, 2006 to the following:

Patricia Beary, Esq.
Carol Felicetta, Esq.
Office of the U. S. Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510

Ann Nevins, Esq.
Assistant U. S. Attorney
United States Attorney's Office
915 Lafayette Boulevard, Room 309
Bridgeport, Ct 06604

Peter Sklarew, Esq.
Alan Shapiro, Esq.
U. S. Dept. of Justice
Tax Division
P. O. Box 55
Washington, D.C. 2004-0055

Ira H. Goldman, Esq.
Corrine L. Burnick, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Kathleen LaManna, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Joan Pilver, Esq.
Assistant Attorney General State of Connecticut
55 Elm Street
Hartford, CT 06141

Kellianne Baranowsky