UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>SCOTT CABLE COMMUNICATIONS, INC.,<br><br>      Debtor.<br><br>UNITED STATES OF AMERICA,<br><br>      Appellant,<br>      v.<br><br>SCOTT CABLE COMMUNICATIONS, INC.,<br>STATE STREET BANK AND TRUST CO. as<br>Indenture Trustee for certain note holders, and<br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP,<br><br>      Appellees | **No. 3:02-CV-1725 (AWT)**<br>(consolidated bankruptcy appeals)<br>(Bankr. Ct. Case No. 98-51923)<br><br><br><br><br><br><br><br><br><br><br><br><br>April 24, 2006 |

**MOTION ON CONSENT OF ALL PARTIES FOR
ORDER AUTHORIZING ELECTRONIC FILING FOR THIS CASE**

    The United States hereby seeks an order of the court authorizing the parties to file pleadings and other appropriate documents in this case using the CM/ECF system. Scott Cable Communications, Inc., State Street Bank & Trust Co. and Akin, Gump, Strauss, Hauer & Feld, LLP, each consent to the relief sought.

    WHEREFORE, the United States respectfully requests that the court enter an order designating this case as a CM/ECF case utilizing electronic filing.

                                      KEVIN J. O'CONNOR
                                      United States Attorney


                                      */s/ Ann M. Nevins*

                                      ANN M. NEVINS
                                      Assistant United States Attorney
                                      Federal Bar No. CT06484
                                      915 Lafayette Blvd., Room 309
                                      Bridgeport, CT  06604
                                      (203) 696-3000

## CERTIFICATE OF SERVICE

I hereby certify that on **the 24th day of April, 2006,** a copy of foregoing **United States' Motion on Consent for Order Authorizing Electronic Filing for this Case** was mailed, by U.S. Mail, postage prepaid, to counsel for the appellees by first class mail, postage prepaid, at the following addresses:

| | |
|---|---|
| Daniel H. Golden<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>590 Madison Avenue<br>New York, NY  10022 | Steven Mackey<br>Office of the U.S. Trustee<br>265 Church Street, Ste. 1103<br>New Haven, CT  06510-7016 |
| Craig I. Lifland<br>Zeisler & Zeisler<br>558 Clinton Avenue<br>Bridgeport, CT  06605 | Joan Pilver<br>Assistant Attorney General<br>State of Connecticut<br>55 Elm Street, 5th Floor<br>Hartford, CT 06141 |
| Ira Goldman<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT  06103-2819 | |

/s/ Ann M. Nevins
_____
ANN M. NEVINS
Assistant United States Attorney