UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>SCOTT CABLE COMMUNICATIONS, INC.,<br><br>    Debtor.<br><br>UNITED STATES OF AMERICA,<br><br>    Appellant,<br>v.<br><br>SCOTT CABLE COMMUNICATIONS, INC.,<br>STATE STREET BANK AND TRUST CO. as<br>Indenture Trustee for certain note holders, and<br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP,<br><br>    Appellees | **No. 3:02-CV-1725 (AWT)**<br>(consolidated bankruptcy appeals)<br>(Bankr. Ct. Case No. 98-51923)<br><br><br><br><br><br><br><br><br><br>May 18, 2006 |

**NOTICE OF HEARING ON MAY 24 IN DELAWARE DISTRICT COURT
AND THAT A RULING BY THIS COURT ON THE CONVERSION
ISSUE COULD BEAR ON THE ISSUES AT THAT HEARING**

    This Court has previously indicated that it would enter a ruling on the pending appeal from the Connecticut Bankruptcy Court's denial of the government's motion to convert the Scott Cable Communications, Inc. Chapter 11 case to a case under Chapter 7, on or before the trial date in the Delaware Bankruptcy Court with respect to the adversary proceeding that was transferred to that district in 2001.  The government thereafter notified this Court that the trial was moved from May 9 to June 12, 2006, but nevertheless requested a ruling by early May so that a Chapter 7 Trustee could get up to speed on certain issues and make a determination of whether to waive the debtor's attorney-client privileged sufficiently in advance of a trial for the government to examine attorney-client files prior to the trial.

    The United States hereby gives notice to this Court that the Delaware District Court (Hon. Kent Jordan), in response to a government motion to expedite a government appeal from the Delaware Bankruptcy Court's April 10, 2006 order denying the government's motion to re-transfer

1

venue to Connecticut, has scheduled oral argument for May 24, 2006, to consider the government's motion for leave to appeal.  (In 2001, this Court denied a government motion for leave to appeal the original transfer order, but the government's re-transfer motion in 2006 relies in part on changed circumstances and new information, as well as a intervening Third Circuit decision to argue that re-transfer is now required.)  The government believes that the conversion of the bankruptcy case to Chapter 7 and the attendant appointment of a trustee could bear on issues to be argued before the Delaware District Court in support of an appeal from the denial of re-transfer.  Accordingly, if this Court is nearly ready to rule on the conversion issue in this appeal, then the government respectfully urges this Court to do so, if possible, by May 23, 2006.

KEVIN J. O'CONNOR
United States Attorney

  /s/ *Ann M. Nevins*
ANN M. NEVINS
Assistant United States Attorney
Federal Bar No. CT06484
915 Lafayette Blvd., Room 309
Bridgeport, CT  06604
(203) 696-3000

PETER SKLAREW
Federal Bar No. CT 17864
U.S. Department of Justice, Tax Div.
P.O. Box 55
Washington, D.C. 20044-0055
(202) 307-6571

**CERTIFICATE OF SERVICE**

    IT IS CERTIFIED that I have caused the foregoing **NOTICE OF HEARING ON MAY 24 IN DELAWARE DISTRICT COURT AND THAT A RULING BY THIS COURT ON THE CONVERSION ISSUE COULD BEAR ON THE ISSUES AT THAT HEARING** to be electronically filed, which will result in automated electronic service, this  18th  day of May, 2006, for the same by the Court's ECF system and, in addition, to the extent any of the following are not indicated as served on the ECF confirmation notices, I will immediately cause them to be served by First Class Mail:

Daniel H. Golden  
Akin, Gump, Strauss, Hauer & Feld, LLP  
590 Madison Avenue  
New York, NY  10022  

Craig I. Lifland  
Zeisler & Zeisler  
558 Clinton Avenue  
Bridgeport, CT  06605  

Ira Goldman  
Shipman & Goodwin  
One American Row  
Hartford, CT  06103-2819  

Patricia Beary  
Asst. U.S. Trustee  
265 Church Street, Ste. 1103  
New Haven, CT  06510-7016  

Joan Pilver  
Assistant Attorney General  
State of Connecticut  
55 Elm Street, 5th Floor  
Hartford, CT 06141  

        */s/ Ann M. Nevins*

---

ANN M. NEVINS  
Assistant United States Attorney