UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SCOTT CABLE COMMUNICATIONS, | : | No. 3:02-CV-1725 (AWT) |
| Debtor. | : | Consolidated Bankruptcy Appeals |
| | : | (Bankruptcy Court Case No. 98-51923) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| SCOTT CABLE COMMUNICATIONS, | : | May 19, 2006 |
| INC., STATE STREET BANK AND | : | |
| TRUST CO. as Indenture Trustee for | : | |
| certain note holders, and AKIN, GUMP, | : | |
| STRAUSS, HAUER & FELD, LLP, | : | |
| Appellees | : | |
| | : | |

**RESPONSE OF U.S. BANK NATIONAL ASSOCIATION, AS
INDENTURE TRUSTEE, TO UNITED STATES' NOTICE DATED MAY 18, 2006
REGARDING DELAWARE DISTRICT COURT PROCEEDINGS**

U.S. Bank National Association, as Indenture Trustee, (the "Trustee"), Appellee in the above referenced appeal pending before this Court, hereby responds to the above-referenced filing by the United States of America (hereinafter, the "Government") filed on May 19, 2006 (the "Notice") in order to clarify the status of certain matters pending before the Delaware courts referenced in the Government's Notice.

As this Court is aware, the instant appeal pertains to matters in a bankruptcy case, which bankruptcy case has, as the only substantive issue remaining, an eight-year old adversary proceeding. Trial on the merits of that adversary proceeding is scheduled to begin June 12, 2006 before the Hon. Kevin J. Carey in the United States Bankruptcy Court for the District of Delaware (the "trial court"). Pretrial motions have been filed, heard and decided by the trial court, witness lists have been exchanged by the parties,

requests for further continuance have been denied by the trial court[1], and the matter is proceeding to trial. On May 19, 2006, the trial court held a telephonic hearing regarding certain evidentiary issues relating to limited pretrial depositions that had been granted by the trial court and trial stipulations being negotiated between the parties in connection with same. A follow up hearing on these evidentiary issues is scheduled for May 22, 2006. In short, the parties and the Court are engaged in eve-of-trial matters with the clear expectation that trial will begin, as scheduled, in three (3) weeks.

Recent pretrial activity in Delaware has included the trial court's denial of the Government's motion seeking re-transfer of the adversary proceeding back to Connecticut. On April 20, 2006, the United States filed a Request for Leave to Appeal the Delaware Bankruptcy Court's denial of this transfer motion (the "Request for Leave to Appeal"). As the Government noted in its Notice, the Hon. Kent Jordan of the Delaware District Court is currently scheduled to hear argument on the Government's Request for Leave to Appeal on May 24, 2006 at 10:30 a.m. The status or outcome of the pending Connecticut appeal proceeding is not relevant to the issue of whether appeal of an interlocutory order denying transfer of venue should be permitted and, despite the Government's intimation to the contrary, Judge Jordan did not state, or in any way suggest, anything to the contrary.

To remove any ambiguity, the matter currently before the Delaware District Court is whether the United States should be granted leave to appeal an interlocutory order

---

[1] The trial court reluctantly granted a one-month continuance from May 8, 2006, such that trial will now commence on June 12, 2006, but denied the Government's request for a further continuance.

2

pertaining to venue, and not the appeal on the denial of venue transfer. This should have no bearing on the matters pending before this Court.

Dated: May 19, 2006
at Hartford, Connecticut

                              U.S. BANK NATIONAL ASSOCIATION,
                              AS INDENTURE TRUSTEE,

                      By    /s Kathleen M. LaManna
                          Kathleen M. LaManna (ct06740)
                          Marie C. Pollio (ct26644)
                          For Shipman & Goodwin LLP
                          One Constitution Plaza
                          Hartford, CT 06103
                          Its Attorneys
                          (860) 251-5000

436199 v.01 S1

CERTIFICATION OF SERVICE

This is to certify that on the 19th day of May, 2006 a copy of the foregoing Response of U.S. Bank National Association, as Indenture Trustee, to United States' Notice Dated April 18, 2006 Regarding Delaware District Court Proceedings was electronically filed, which will result in automatic service via the Court's ECF system, and mailed, via regular first class mail, postage prepaid, to those not served via ECF:

Ann M. Nevins, Esq.
Assistant United States Attorney
915 Lafayette Blvd.
Room 309
Bridgeport, CT 06604

Alan Shapiro, Esq.
Peter Sklarew, Esq.
United States Department of Justice
Tax Division
P.O. Box 55
Washington, DC 20044-0055

Patricia Beary, Esq.
Carol Felicetta, Esq.
Assistant United States Trustee
265 Church Street, Suite 1103
New Haven, CT 06501-7016

Daniel H. Golden, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

Craig I. Lifland, Esq.
Zeisler & Zeisler
558 Clinton Avenue
Bridgeport, CT 06605

Andrew Z. Schwartz, Esq.
Euripides Dalmanieras, Esq.
Foley Hoag, LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Guy S. Neal, Esq.
Theresa Chan, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

    /s Kathleen M. LaManna
Kathleen M. LaManna