UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: : | |
| : | |
| SCOTT CABLE COMMUNICATIONS, : | No. 3:02-CV-1725 (AWT) |
| Debtor. : | Consolidated Bankruptcy Appeals |
| : | (Bankruptcy Court Case No. 98-51923) |
| UNITED STATES OF AMERICA, : | |
| Appellant, : | |
| : | |
| v. : | |
| : | |
| SCOTT CABLE COMMUNICATIONS, : | |
| INC., STATE STREET BANK AND : | |
| TRUST CO. as Indenture Trustee for : | |
| certain note holders, and AKIN GUMP : | |
| STRAUSS HAUER & FELD LLP., : | |
| Appellees. : | |

**JOINDER OF SCOTT CABLE
COMMUNICATIONS, INC. TO THE RESPONSE OF U.S. BANK NATIONAL
ASSOCIATION, AS INDENTURE TRUSTEE, TO UNITED STATES' NOTICE DATED
MAY 18, 2006 REGARDING DELAWARE DISTRICT COURT PROCEEDINGS**

Scott Cable Communications, Inc. ("Debtor"), appellee in the above-referenced appeal, respectfully submits this joinder to the response of U.S. Bank National Association, as Indenture Trustee, to the United States' Notice of May 18, 2006, concerning matters pending before the United States District Court for the District of Delaware ("US Bank Response").

The US Bank Response accurately sets forth the facts with respect to the matter pending before the Delaware District Court, and the Debtor concurs with the conclusion that the Delaware matter has no bearing on the present appeal.

          **SCOTT CABLE COMMUNICATIONS, INC.**

          By _____/s/_____
          **ZEISLER & ZEISLER P.C.**
             Kellianne Baranowsky
             Craig I. Lifland
             558 Clinton Avenue
             Bridgeport, CT 06605
             (203) 368-4234

          **AKIN GUMP STRAUSS HAUER & FELD LLP**
             Daniel H. Golden
             Rachel Helyar
             Abid Qureshi
             590 Madison Avenue
             New York, NY 10022
             (212) 872-1000

Co-Counsel to the Debtor

CERTIFICATION OF SERVICE

This is to certify that on this 22nd Day of May, 2006 a copy of the foregoing Joinder was mailed, via regular first class mail, postage prepaid, to:

Ann M. Nevins, Esq.
Assistant United States Attorney
915 Lafayette Blvd.
Room 309
Bridgeport, CT 06604

Alan Shapiro, Esq.
United States Department of Justice
Tax Division
P.O. Box 55
Washington, DC 20044-0055

Ira H. Goldman, Esq.
Kathleen M. LaManna, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103

Patricia Beary, Esq.
Carol Felicetta, Esq.
Assistant United States Trustee
265 Church Street, Suite 1103
New Haven, CT 06501-7016

Andrew Z. Schwartz, Esq.
Euripedes Dalmanieras, Esq
Foley Hoag, LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Guy S. Neal, Esq.
Theresa Chan, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

_____/s/_____
Kellianne Baranowsky