UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SCOTT CABLE COMMUNICATIONS, | : | No. 3:02-CV-1725 (AWT) |
| Debtor. | : | Consolidated Bankruptcy Appeals |
| | : | (Bankruptcy Court Case No. 98-51923) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| SCOTT CABLE COMMUNICATIONS, | : | |
| INC., STATE STREET BANK AND | : | |
| TRUST CO. as Indenture Trustee for | : | |
| certain note holders, and AKIN, GUMP, | : | |
| STRAUSS, HAUER & FELD, LLP, | : | |
| Appellees | : | |
| | : | |

**JOINT WITHDRAWAL OF OPPOSITION OF SCOTT CABLE
COMMUNICATIONS, INC. AND U.S. BANK NATIONAL ASSOCIATION, AS
INDENTURE TRUSTEE, TO UNITED STATES' APPEAL OF BANKRUPTCY
COURT'S DENIAL OF MOTION TO CONVERT**

Scott Cable Communications, Inc. (the "Debtor") and U.S. Bank National Association, as Indenture Trustee, (the "Indenture Trustee", and together with the Debtor, "Appellees"), Appellees in the above referenced appeal pending before this Court, hereby withdraw their opposition to conversion of this case to Chapter 7 of the United States Bankruptcy Code as set forth below. This withdrawal of opposition is based upon i) the Appellees' desire to move the related adversary proceeding, pending in the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court"), to trial and ii) this Court's representations that it intends to convert the case to Chapter 7 and the recordation of a minute entry on the docket indicating such intention.

As this Court is aware, the instant appeal pertains to matters in a bankruptcy case, which bankruptcy case has, as the only substantive issue remaining, an eight-year old adversary proceeding. Trial on the merits of that adversary proceeding was scheduled to begin June 12, 2006 before the Hon. Kevin J. Carey in the Delaware Bankruptcy Court. Pretrial motions were filed, heard and decided by the trial court, witness lists have been exchanged by the parties, pretrial statements have been exchanged by the parties, and the matter is ready for trial. Following a prior telephonic hearing before this Court at which the Court informed counsel that it intends to convert the underlying bankruptcy proceeding to Chapter 7, the United States moved for a further continuance of the Delaware Adversary Proceeding on that basis and the Delaware Bankruptcy Court continued the trial to October. Trial is currently scheduled to commence on October 16, 2006.

In order to avoid any further delay, the Appellees are willing to allow an Order to enter remanding this case to the Connecticut Bankruptcy Court with instructions to convert the case to Chapter 7. The Appellees believed that conversion of the case to Chapter 7 would simply lead to delay of resolution of the pending claims, and the Appellees are hopeful that in withdrawing their opposition, the case may move forward and the adversary proceeding may finally proceed to trial.

Dated: July 21, 2006
at Hartford, Connecticut

          SCOTT CABLE COMMUNICATIONS, INC.

By   /s Abid Qureshi (by Kathleen LaManna)
     Shuba Satyaprasad
     Abid Qureshi
     For Akin Gump Strauss Hauer & Feld LLP
     590 Madison Avenue
     New York, NY 10022-2524
     (212) 872-1000
     Its Attorneys

U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,

By   /s Kathleen M. LaManna
     Kathleen M. LaManna (ct06740)
     Marie C. Pollio (ct26644)
     For Shipman & Goodwin LLP
     One Constitution Plaza
     Hartford, CT 06103
     (860) 251-5000
     Its Attorneys

440655 v.02 S1

## CERTIFICATION OF SERVICE

This is to certify that on the 21st day of July, 2006 a copy of the foregoing Withdrawal of U.S. Bank National Association, as Indenture Trustee, to United States' Appeal of Connecticut Bankruptcy Court's Denial of Motion to Convert was electronically filed, which will result in automatic service via the Court's ECF system, and mailed, via regular first class mail, postage prepaid, to those not served via ECF:

Ann M. Nevins, Esq.
Assistant United States Attorney
915 Lafayette Blvd.
Room 309
Bridgeport, CT  06604

Alan Shapiro, Esq.
Peter Sklarew, Esq.
United States Department of Justice
Tax Division
P.O. Box 55
Washington, DC  20044-0055

Patricia Beary, Esq.
Carol Felicetta, Esq.
Assistant United States Trustee
265 Church Street, Suite 1103
New Haven, CT  06501-7016

Craig I. Lifland, Esq.
Zeisler & Zeisler
558 Clinton Avenue
Bridgeport, CT  06605

Andrew Z. Schwartz, Esq.
Euripides Dalmanieras, Esq.
Foley Hoag, LLP
155 Seaport Boulevard
Boston, Massachusetts  02210-2600

Guy S. Neal, Esq.
Theresa Chan, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

　　/s Kathleen M. LaManna　　
Kathleen M. LaManna