UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>SCOTT CABLE COMMUNICATIONS, INC.,<br><br>　　　　Debtor.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Appellant,<br>　v.<br><br>SCOTT CABLE COMMUNICATIONS, INC.,<br>STATE STREET BANK AND TRUST CO. as<br>Indenture Trustee for certain note holders, and<br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP,<br><br>　　　　Appellees | **No. 3:02-CV-1725 (AWT)**<br>(consolidated bankruptcy appeals)<br>(Bankr. Ct. Case No. 98-51923) |

**SUPPLEMENT TO DI# 78 (With Attached 7/13/06 Transcript)**

On July 20, 2006, the United States filed a *Request That Court Take Judicial Notice of Certain Events in Delaware Adversary Proceeding, Including Rescheduled Trial, and Statement of Continued Need for Decision as Soon as Possible on the Conversion Issue* (DI# 78). As noted therein, counsel for the United States had been asked to include a transcript of the July 13, 2006 hearing in the Delaware adversary proceeding when notifying this Court of the results of the June 5 and 8, 2006 hearing, but we determined that the filing should not be delayed until that transcript was prepared. We have just received the transcript of the July 13, 2006 hearing, and attach a copy hereto. The first eleven pages of the transcript discuss this appeal, the delay in its conclusion, and the positions of the parties and considerations of the Delaware Bankruptcy Court in respect thereto.

After the July 13, 2006 hearing in Delaware that is reflected in the attached transcript, (1) the United States filed DI# 78 with this Court (which includes the transcript of the June 5 and 8, 2006 hearing and notes the portions of that transcript discussing this appeal); (2) the appellees filed a response (DI# 79) in which they stated they were withdrawing their opposition to that part

1

of the government's appeal seeking to reverse the Bankruptcy Court's denial of the government's motion to convert to Chapter 7; and (3) the United States replied with DI# 80, stating its position as to how this Court should proceeding in light of that joint withdrawal of opposition to conversion.  After DI# 80 was filed, counsel for the indenture trustee confirmed by e-mail to the undersigned that DI# 79 means that appellees have waived appeal to the Second Circuit with respect to the conversion issue.

      The next status conference in the Delaware adversary proceeding is set for August 16, 2006.

      KEVIN J. O'CONNOR
United States Attorney

ANN M. NEVINS
Assistant United States Attorney

   /s/  *Peter Sklarew*
PETER SKLAREW
Federal Bar No. CT 17864
U.S. Department of Justice, Tax Div.
P.O. Box 55
Washington, D.C. 20044-0055
(202) 307-6571

**CERTIFICATE OF SERVICE**

      IT IS CERTIFIED that I have caused the foregoing **SUPPLEMENT TO DI# 78 (With Attached 7/13/06 Transcript)** to be electronically filed, which will result in automated electronic service, this __4th__ day of August, 2006, by the Court's ECF system and, in addition, to the extent any of the following are not indicated as served on the ECF confirmation notice, I will immediately cause them to be served by e-mail or First Class Mail:

Daniel H. Golden
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY  10022

Craig I. Lifland
Zeisler & Zeisler
558 Clinton Avenue
Bridgeport, CT  06605

Ira Goldman
Shipman & Goodwin
One American Row
Hartford, CT  06103-2819

Patricia Beary
Asst. U.S. Trustee
265 Church Street, Ste. 1103
New Haven, CT  06510-7016

Joan Pilver
Assistant Attorney General
State of Connecticut
55 Elm Street, 5th Floor
Hartford, CT 06141

                /s/ *Peter Sklarew*
                PETER SKLAREW
                Attorney, Tax Division
                U.S. Dept. of Justice