UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>SCOTT CABLE COMMUNICATIONS, INC.,<br><br>Debtor.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Appellant,<br>　v.<br><br>SCOTT CABLE COMMUNICATIONS, INC.,<br>STATE STREET BANK AND TRUST CO. as<br>Indenture Trustee for certain note holders, and<br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP,<br><br>　　　　Appellees | No. 3:02-CV-1725 (AWT)<br>(consolidated bankruptcy appeals)<br>(Bankr. Ct. Case No. 98-51923) |

**SECOND SUPPLEMENT TO DI# 78 (With Attached 8/16/06 Transcript)**

On July 20, 2006, the United States filed a *Request That Court Take Judicial Notice of Certain Events in Delaware Adversary Proceeding, Including Rescheduled Trial, and Statement of Continued Need for Decision as Soon as Possible on the Conversion Issue* (DI# 78), which included the transcript of the June 5 and 8, 2006 hearing in the Delaware adversary proceeding (and noted the portions of that transcript discussing this appeal). Appellees filed a response (DI# 79) in which they stated they were withdrawing their opposition to that part of the government's appeal seeking to reverse the Bankruptcy Court's denial of the government's motion to convert to Chapter 7. The United States replied (DI# 80), stating its position as to how this Court should proceed in light of that joint withdrawal of opposition to conversion. The United States subsequently filed a supplement (DI# 81), attaching the transcript of the July 13, 2006 hearing in the Delaware adversary proceeding.

The United States now files this second supplement and asks that the Court also take judicial notice of the transcript of the August 16, 2006 status conference in the Delaware adversary

1

proceeding (copy attached).  Pages 2 through 8 and the bottom of 9 and top of 10 reflect the efforts of Mr. Schwartz, on behalf of several of the defendants in the Delaware adversary proceeding, to argue in advance that the court should under no circumstances entertain another postponement of the trial, even if a Chapter 7 trustee is not appointed in time to get up to speed quickly enough to make the determinations that will be required of a trustee that have the potential to affect the Delaware adversary proceeding.  Mr. Schwartz's position is adopted by each of the other defendants (including the appellees in this appeal) at pages 11-12.  Judge Carey made no rulings, while expressing his own concerns (see pages 6-7).

      KEVIN J. O'CONNOR
      United States Attorney

      ANN M. NEVINS
      Assistant United States Attorney

        /s/  *Peter Sklarew*
      PETER SKLAREW
      Federal Bar No. CT 17864
      U.S. Department of Justice, Tax Div.
      P.O. Box 55
      Washington, D.C. 20044-0055
      (202) 307-6571

**CERTIFICATE OF SERVICE**

      IT IS CERTIFIED that I have caused the foregoing **SECOND SUPPLEMENT TO DI# 78 (With Attached 8/16/06 Transcript)** to be electronically filed, which will result in automated electronic service, this  25th  day of August, 2006, by the Court's ECF system and, in addition, to the extent any of the following are not indicated as served on the ECF confirmation notice, I will immediately cause them to be served by e-mail or First Class Mail:

| | |
|---|---|
| Daniel H. Golden<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>590 Madison Avenue<br>New York, NY  10022 | Patricia Beary<br>Asst. U.S. Trustee<br>265 Church Street, Ste. 1103<br>New Haven, CT  06510-7016 |
| Craig I. Lifland<br>Zeisler & Zeisler<br>558 Clinton Avenue<br>Bridgeport, CT  06605 | Joan Pilver<br>Assistant Attorney General<br>State of Connecticut<br>55 Elm Street, 5th Floor<br>Hartford, CT 06141 |
| Ira Goldman<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT  06103-2819 | |

                                                                   /s/ *Peter Sklarew*
                                                              PETER SKLAREW
                                                              Attorney, Tax Division
                                                             U.S. Dept. of Justice