UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: ) | |
| ) | **No. 3:02-CV-1725 (AWT)** |
| SCOTT CABLE COMMUNICATIONS, INC., ) | (Bankruptcy Appeal) |
| ) | |
| Debtor. ) | |
| ) | (Bankr. Ct. Case No. 98-51923) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellant, ) | |
| v. ) | |
| ) | |
| SCOTT CABLE COMMUNICATIONS, INC. and ) | |
| STATE STREET BANK AND TRUST CO. as ) | |
| Indenture Trustee for certain note holders ) | |
| ) | October 3, 2006 |
| Appellees ) | |

**MOTION OF UNITED STATES TO STAY
DELAWARE ADVERSARY PROCEEDING
(and Request for Emergency Hearing)**

The United States of America, by its undersigned counsel, moves this Court, pursuant to Bankruptcy Rule 8005, to stay the trial in the Delaware Adversary Proceeding until at least 60 days after the Court issues its decision in the appeal from the denial of conversion to Chapter 7, subject to extension of said stay until a trustee can become sufficiently familiar with the issues to determine whether to waive the debtor's attorney client privilege and also whether to seek to become involved in the litigation.

At a hearing today, October 3, 2006, the United States Bankruptcy Judge for the District of Delaware (Carey, Kevin J.) denied the government's most recent request for a continuance of the trial scheduled to start on October 16, 2006. In doing so, Judge Carey essentially stated that (a) he granted the last continuance for a period that he thought would be sufficient for the District Court in Connecticut to issue a decision and order having the effect of converting the bankruptcy

- 1 -

case to one under chapter 7; (b) he does not think justice will be served by postponing the trial further without a decision and order from the District Court in Connecticut; and (c) if the Connecticut District Court issues a decision and order essentially converting the bankruptcy case before the October 16, 2006 trial date, Judge Carey will consider an oral motion from the government renewing its motion for a continuance of the trial.

The United States therefore requests an emergency hearing (telephonic or in-court), and requesting that the Court notify Assistant U.S. Attorney Ann M. Nevins of a date and time for such a hearing so that she may then notify other counsel.  The grounds for this motion are set forth in the accompanying memorandum of law, which explains that the United States has satisfied Rule 8005's requirement to seek relief first in the bankruptcy court and also addresses this Court's jurisdiction to stay the proceeding in Delaware.  A courtesy copy of this motion will be emailed to counsel for all defendants in the Delaware adversary proceeding (and if the Court deems it appropriate, the United States will not object to their appearing for the limited purpose of opposing a stay), although the indenture trustee is the fiduciary for all junior subordinated PIK note holders, including the active defendants in the Delaware adversary proceeding.

        KEVIN J. O'CONNOR
        United States Attorney

          */s/ Ann M. Nevins*
        ANN M. NEVINS
        Assistant United States Attorney
        Federal Bar No. CT06484
        915 Lafayette Blvd., Room 309
        Bridgeport, CT  06604
        (203) 696-3000

        PETER SKLAREW
        Federal Bar No. CT 17864
        U.S. Department of Justice, Tax Div.
        P.O. Box 55
        Washington, D.C. 20044-0055
        (202) 307-6571

## CERTIFICATE OF SERVICE

    IT IS CERTIFIED that I have caused the foregoing **MOTION OF UNITED STATES TO STAY DELAWARE ADVERSARY PROCEEDING (and Request for Emergency Hearing)** to be electronically filed, which will result in automated electronic service, this <u>3rd</u> day of October, 2006, for the same by the Court's ECF system and, in addition, to the extent any of the following are not indicated as served on the ECF confirmation notices, I will immediate cause them to be served by First Class Mail:

Daniel H. Golden
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY  10022

Craig I. Lifland
Zeisler & Zeisler
558 Clinton Avenue
Bridgeport, CT  06605

Ira Goldman
Shipman & Goodwin
One American Row
Hartford, CT  06103-2819

Patricia Beary
Asst. U.S. Trustee
265 Church Street, Ste. 1103
New Haven, CT  06510-7016

Joan Pilver
Assistant Attorney General
State of Connecticut
55 Elm Street, 5th Floor
Hartford, CT 06141

    In addition, courtesy service of a pdf version of this filing is also being made on all counsel in the Delaware adversary proceeding by the following e-mail addresses:

    currier@klettrooney.com; dgolden@AkinGump.com;  aqureshi@akingump.com; ssatyaprasad@akingump.com; fmonaco@monlaw.com; kmangan@monlaw.com; klamanna@goodwin.com; igoldman@goodwin.com; mpollio@goodwin.com; pbenner@goodwin.com; wbowden@ashby-geddes.com; jhandlon@ashby-geddes.com; gneal@Sidley.com; tchan@sidley.com; vguldi@zuckerman.com; Tmacauley@zuckerman.com; edalmani@foleyhoag.com; AZS@foleyhoag.com;

                                              <u>  /s/ *Ann M. Nevins*            </u>
                                              ANN M. NEVINS
                                              Assistant U.S. Attorney