**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE: : <br> : <br> SCOTT CABLE COMMUNICATIONS, : <br>     Debtor. : <br> : <br> ――――――――――――――――― : <br> UNITED STATES OF AMERICA, : <br>     Appellant, : <br> : <br> v. : <br> : <br> SCOTT CABLE COMMUNICATIONS, : <br> INC., STATE STREET BANK AND : <br> TRUST CO. as Indenture Trustee for : <br> certain note holders, and AKIN GUMP : <br> STRAUSS HAUER & FELD LLP., : <br>     Appellees. : | No. 3:02-CV-1725 (AWT) <br> Consolidated Bankruptcy Appeals <br> (Bankruptcy Court Case No. 98-51923) |

**JOINDER OF SCOTT CABLE**
**COMMUNICATIONS, INC. TO THE RESPONSE AND OBJECTION OF**
**U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,**
**TO UNITED STATES' MOTION TO STAY DELAWARE**
**ADVERSARY PROCEEDING (and Request for Emergency Hearing)**

Scott Cable Communications, Inc. ("Debtor"), appellee in the above-referenced appeal, respectfully submits this joinder to the response and objection of U.S. Bank National Association, as Indenture Trustee, to the United States' Motion to Stay Delaware Adversary Proceeding (and Request for Emergency Hearing) ("US Bank Response").

The US Bank Response accurately sets forth the facts with respect to the adversary proceeding pending before the United States Bankruptcy Court for the District of Delaware, and the Debtor concurs with and joins the factual and legal arguments set forth in the U.S. Bank Response.

SCOTT CABLE COMMUNICATIONS, INC.


By _/s/ Kelli Baranowsky_

**ZEISLER & ZEISLER P.C.**
   Craig Lifland (ct 00976)
   Kellianne Baranowsky (ct26684)
   558 Clinton Avenue
   Bridgeport, CT 06605
   (203) 368-4234

**AKIN GUMP STRAUSS HAUER & FELD LLP**
   **Daniel H. Golden**
   **Shuba Satyaprasad**
   **Abid Qureshi**
   590 Madison Avenue
   New York, NY 10022
   (212) 872-1000

Co-Counsel to the Debtor

## CERTIFICATION OF SERVICE

This is to certify that on this 5th Day of October, 2006 a copy of the foregoing Joinder was sent, via U.S. mail, postage-prepaid and via electronic mail, to:

Ann M. Nevins, Esq.
Assistant United States Attorney
915 Lafayette Blvd.
Room 309
Bridgeport, CT 06604

Alan Shapiro, Esq.
United States Department of Justice
Tax Division
P.O. Box 55
Washington, DC 20044-0055

Ira H. Goldman, Esq.
Kathleen M. LaManna, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103

Andrew Z. Schwartz, Esq.
Euripedes Dalmanieras, Esq
Foley Hoag, LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Guy S. Neal, Esq.
Theresa Chan, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

/s/
Kellianne Baranowsky