

**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**
SPECIAL PROCEDURES SECTION
P.O. BOX 942867
SACRAMENTO, CA 94267-0041

# REQUEST FOR PAYMENT OF
# ADMINISTRATIVE EXPENSE

September 13, 2000

GO SEP 18 PM 12: 29
BRIDGEPORT DIVISION

United States Bankruptcy Court for the
District of Connecticut

*In the Matter of:*

SCOTT CABLE COMMUNICATIONS, INC. WHICH WILL DO BUS
1232608   SC3CI

| Bankruptcy Case Number | Chapter | Petition Date | Court Reference | FTB Account Number | Total Amount Due |
|---|---|---|---|---|---|
| 9851923 | 11 | 10/01/98 | BRI | 1232608 | **$355,195.81** |

1   The undersigned, whose business address is shown above, is an agent of the Franchise Tax Board of the State of California and is authorized to make this request for payment on behalf of the Franchise Tax Board.
2   This debt is for taxes due under the Revenue and Taxation Code of the State of California.
3   All payments on this debt have been deducted for the purpose of making this request for payment.
4   Request is made for payment of the administrative expenses described below.

## Administrative Expenses

| Kind of Tax | Tax Period | Tax Due | Penalty to Date | Interest to Date | Costs to Date | Total to Date |
|---|---|---|---|---|---|---|
| Corporation | 12/99 | $316,701.00 | $25,390.75 | $13,104.06 | $ 0.00 | $355,195.81 |

5   Interest compounded daily accrues at the rate established in the Revenue and Taxation Code of the State of California. If the amount due shown above is not paid within 10 days, contact Special Procedures for the current amount due at the time of payment.
6   Make check payable to the Franchise Tax Board and mail it to the business address above.

| Signature | Telephone Number |
|---|---|
| *Mark Thiesen* | 916-845-4385 |

#150