# Request For Payment of State Taxes

Page 1 of 1

**Administrative Expenses**     **Amended**

State of Connecticut/Department of Revenue Services

Collection & Enforcement Division/ Bankruptcy Section

United States Court for the
District of Connecticut

**In the Matter of:**
Scott Cable Communications Inc.

| | |
|---|---|
| Case Chapter | Case Number |
| Chapter  11 | 98-51923 AHWS |
| Chapter Under Which Expenses Arose Chapter  0 | |
| Date of Petition 10/01/1998 | Date of Conversion |

1. The undersigned, whose business address is 25 Sigourney Street, Hartford, Connecticut, 06106, is the agent of the Commissioner of Revenue Services, and is authorized to make this request for payment on behalf of the State of Connecticut.

2. Request is made for payment of taxes and any interest for penalty due under the Connecticut General Statutes, as shown below

3. The grounds of liability is taxes due under the Connecticut General Statutes.

## Administrative Expenses

| Tax Reg. # | Tax Type | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
|---|---|---|---|---|---|---|
| 6548663000 | Corporation Tax | 12/99 | $68,674.00 | $9,637.86 | $6,867.40 | $85,179.26 |
| 6548663000 | Corporation Tax | 12/00 | $105,803.00 | $8,571.06 | $10,580.30 | $124,954.36 |

Amount due as of the date of this request.............     $210,133.62

Dollar amount per month or fraction thereof at which interest will accrue after the date of this request..

| Penalty for Presenting Fraudulent Claim: Fine of not more than $500,000 or imprisonment for up to 5 years or both; 18 U.S.C. & 152, 3571. C and E 204 REVE. 4/98 | Signature *Pamela D Calachan* | Date May 04, 2001 |
|---|---|---|
| | Title Pamela D. Calachan Tax Collection Supervisor | Telephone Number 860-297-5921 #152 |