| STATE OF LOUISIANA<br>DEPARTMENT OF REVENUE<br>P. O. BOX 66658, BATON ROUGE, LA 70896-6658<br>REQUEST FOR PAYMENT AND PROOF OF CLAIM<br>AMENDED | Case Number<br>98-51923 |
|---|---|
| | Type of Bankruptcy Case<br>Chapter 11 |
| UNITED STATES BANKRUPTCY COURT District of Connecticut (Bridgeport) Division | Date of Petition<br>10/01/98 |
| In the Matter of: Scott Cable Communications, Inc.<br>Amend Claim Dated 090500 $1,539,649.18 | Account Number(s):<br>466268-001 |

01 AUG -1 AM 11:31
BRIDGEPORT DIVISION

1. The undersigned, whose business address is 330 North Ardenwood, P. O. Box 66658, Baton Rouge, Louisiana 70896, is the agent of the Louisiana Department of Revenue, and is authorized to make this Proof of Claim on the behalf of the State of Louisiana, Department of Revenue.

2. The debtor has become indebted to this claimant since the time of the filing of the petition, in the sum $1,695,507.72 as computed below and/or on the attached schedule.

3. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim and request for payment of taxes and any interest and penalties due.

4. Title 47 of the Louisiana Revised Statutes is the ground of liability for the debts listed below:

Administrative claims (taxes accrued subsequent to original petition date)

| Kind of Tax | Return or Assess | Period | Tax Due | Accrued interest as of the date of this request | Accrued penalty as of the date of this request | Payments |
|---|---|---|---|---|---|---|
| Corp Franchise | R | 1299 | $10,554.00 | $3,694.80 | $3,166.20 | $0.00 |
| Corp Income | R | 1299 | $1,156,106.00 | $231,007.33 | $289,026.50 | $0.00 |
| Corp Franchise | R | 1200 | $1,347.00 | $269.14 | $336.75 | $0.00 |

5. Interest and penalties continue to accrue according to Title 47 of the Louisiana Revised Statutes until the return(s) and/or payment in full is received.

6. This claim has priority as an expense of administration by virtue of Section 507(a)(1) of the Bankruptcy Reform Act of 1978 and must be paid in full in advance of distribution to creditors as and to the extent permitted by Section 726(a)(1), 1129(a)(9)(A), 1222(a)(2) or 1305, 1322(a)(2), and 1326(b)(1) of said Act. Payment of this claim is mandated by Title 28 of the U.S.Code, Sections 959 and 960.

| All correspondence and payments are to be directed to:<br>**State of Louisiana**<br>**Department of Revenue**<br>**P.O. Box 66658**<br>**Baton Rouge, LA 70896-6658** | R indicates a return has been filed<br>E indicates an estimate has been made due to non-filing<br>A indicates the results of an audit |
|---|---|
| Signature:  *Danice Sims*  Danice Sims | Date  7/30/01 |
| Title  Revenue Collections Auditor | Telephone number  (225)925-7858 |

#154