| United States Bankruptcy Court | PROOF OF CLAIM |
|---|---|
| District of | |

MAIL COMPLETED FORM TO:

| In re (Name of Debtor) | Case Number |
|---|---|
| SCOTT CABLE COMMUNICATIONS | 98-51923-- |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor**
(The person or other entity to whom the debtor owes money or property)
Virginia Department of Taxation

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy or statement giving particulars.

**Name and Address Where Notices Should Be Sent**

Virginia Department of Taxation
P.O. Box 2156
Richmond, VA 23218-2156

Telephone No. (804) 367-8072

☐ Check box if you never received any notices from the bankruptcy court in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

01 OCT -2 PM 12:00
BRIDGEPORT DIVISION

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
0003273835

Check here if this claim
☐ replaces
☐ amends    a previously filed claim dated: _____

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and commissions (Fill out below)
  Your social security number _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)           (date)

**2. DATE DEBT WAS INCURRED**
See Attached

**3. IF COURT JUDGMENT, DATE OBTAINED**
N/A

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority. (2) Unsecured Priority. (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe)
Amount of arrearage and other charges included in secured claim above if any
$ _____

☐ UNSECURED NONPRIORITY CLAIMS $ _____
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☒ UNSECURED PRIORITY CLAIM $ 1,350,041.46
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $2,000, earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
☒ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7)
☐ Other - 11 U.S.C. §§ 507(a)(2), (a)(5) - (Describe briefly)

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**
$ _____ (Unsecured)   $ _____ (Secured)   $ 1,350,041.46 (Priority)   $ 1,350,041.46 (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.
**7. SUPPORTING DOCUMENT:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interest. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 07/20/01

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any).
*[signature]*
GARNETT P. TAYLOR, AGENT

#155

Penalty for Presenting Fraudulent Claim: fine of up to $500,000.00 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B-11357 08 5-10/01/98 11    Official Form 10    07/18/01-000001-01
COURT - ORIGINAL

B-10A
6205255
REV 10/96

CASE NUMBER

VIRGINIA DEPARTMENT OF TAXATION
P.O. BOX 2156
RICHMOND, VIRGINIA 23218-2156

98-51923--

## SUMMARY OF UNPAID TAXES ASSESSED IN THE NAME OF

SCOTT CABLE COMMUNICATIONS

Total amount represents tax and interest due.

| ACCOUNT NUMBER | BILL NUMBER | TAX CODE | TAX PERIOD | PENALTY AMOUNT | CLAIM AMOUNT |
|---|---|---|---|---|---|
| 0003273865 | 27792 | CP | 9901-9906 | $.00 | $1,345,888.78 |
| 0003273865 | 75888 | WH | 0000-0001 | $.00 | $11.50 |
| 0003273865 | 75889 | WH | 0000-0002 | $.00 | $11.42 |
| 0003273865 | 75893 | WH | 0000-0003 | $.00 | $11.30 |
| 0003273865 | 75895 | WH | 0000-0004 | $.00 | $11.24 |
| 0003273865 | 75896 | WH | 0000-0005 | $.00 | $11.15 |
| 0003273865 | 75897 | WH | 0000-0006 | $.00 | $11.02 |
| 0003273865 | 75898 | WH | 0000-0007 | $.00 | $10.96 |
| 0003273865 | 75902 | WH | 0000-0008 | $.00 | $10.87 |
| 0003273865 | 75903 | WH | 0000-0009 | $.00 | $10.75 |
| 0003273865 | 75905 | WH | 0000-0010 | $.00 | $10.68 |
| 0003273865 | 75906 | WH | 0000-0011 | $.00 | $10.59 |
| 0003273865 | 75907 | WH | 0000-0012 | $.00 | $10.47 |
| 0003273865 | 75918 | WH | 0000-0101 | $.00 | $10.41 |
| 0003273865 | 75919 | WH | 0000-0102 | $.00 | $10.32 |

TOTAL AMOUNT CLAIMED        $1,350,041.46

B-11357 08 3-10/01/98  11  COURT - ORIGINAL

07/18/01-000001-01