## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: : <br> : <br> SCOTT CABLE COMMUNICATIONS, : <br> Debtor. : <br> : <br> ──────────────────────────── : <br> UNITED STATES OF AMERICA, : <br> Appellant, : <br> : <br> v. : <br> : <br> SCOTT CABLE COMMUNICATIONS, : <br> INC., STATE STREET BANK AND : <br> TRUST CO. as Indenture Trustee for : <br> certain note holders, and AKIN GUMP : <br> STRAUSS HAUER & FELD LLP., : <br> Appellees. : | No. 3:02-CV-1725 (AWT) <br> Consolidated Bankruptcy Appeals <br> (Bankruptcy Court Case No. 98-51923) |

### JOINDER OF SCOTT CABLE COMMUNICATIONS, INC. TO THE RESPONSE OF U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, TO UNITED STATES' OCTOBER 10, 2006 LETTER TO THE COURT

Scott Cable Communications, Inc. ("Debtor"), appellee in the above-referenced appeal, respectfully submits this joinder to the response of U.S. Bank National Association, as Indenture Trustee, to the United States' October 10, 2006 letter to the Court ("US Bank Response").

The Indenture Trustee filed the US Bank Response on October 11, 2006, with the permission of this Court, and the Debtor concurs with and joins the factual and legal arguments set forth therein.

EAST 7675765 v1

Dated this 12th day of October, 2006

                SCOTT CABLE COMMUNICATIONS, INC.

By _____
ZEISLER & ZEISLER P.C.
   Craig Lifland (ct00976)
   558 Clinton Avenue
   Bridgeport, CT 06605
   (203) 368-4234

AKIN GUMP STRAUSS HAUER & FELD LLP
   Daniel H. Golden
   Shuba Satyaprasad
   Abid Qureshi
   590 Madison Avenue
   New York, NY 10022
   (212) 872-1000

Co-Counsel to the Debtor

## CERTIFICATION OF SERVICE

This is to certify that on this 12th Day of October, 2006 a copy of the foregoing Joinder was sent, via U.S. mail, postage-prepaid to:

Ann M. Nevins, Esq.
Assistant United States Attorney
915 Lafayette Blvd.
Room 309
Bridgeport, CT 06604

Alan Shapiro, Esq.
United States Department of Justice
Tax Division
P.O. Box 55
Washington, DC 20044-0055

Ira H. Goldman, Esq.
Kathleen M. LaManna, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103

Andrew Z. Schwartz, Esq.
Euripedes Dalmanieras, Esq
Foley Hoag, LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Guy S. Neal, Esq.
Theresa Chan, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

_____
Craig I. Lifland, Esq.