**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
In re:                        :
                              :
SCOTT CABLE COMMUNICATIONS,   :
INC.,                         :   No.3:02CV01725(AWT)
                              :   (Bankruptcy Appeals)
        Debtor.               :
                              :   (Bankr. Ct. Case No. 98-51923)
                              :
------------------------------x
UNITED STATES OF AMERICA,     :
                              :
        Appellant,            :
    v.                        :
                              :
SCOTT CABLE COMMUNICATIONS,   :
INC., STATE STREET BANK AND   :
TRUST CO. as Indenture        :
Trustee for certain note      :
holders, and AKIN, GUMP,      :
STRAUSS, HAUER & FELD, LLP,   :
                              :
        Appellees.            :
------------------------------x
```

**ORDER RE MOTION OF UNITED STATES**
**TO STAY DELAWARE ADVERSARY PROCEEDING**

For the reasons set forth below, the Motion of United States to Stay Delaware Adversary Proceeding (Doc. No. 83) is hereby DENIED.

Assuming arguendo that this court has jurisdiction to stay the Delaware Adversary Proceeding, the court cannot conclude that the requirements for issuance of a stay are satisfied here.  This court has informed the parties that it has now concluded that the denial by the Connecticut Bankruptcy Court of the United States' motion to convert the case to Chapter 7 or in the alternative

appoint a Chapter 11 trustee was not an abuse of discretion. The United States' arguments in support of a stay are premised on the position it would have been in if a trustee were appointed as a result of this court's decision on the conversion appeal. Because no trustee will be appointed as a result of this court's decision on the conversion appeal, the United States' arguments in support of a stay are not persuasive.

    It is so ordered.

    Dated this 12th day of October 2006, at Hartford, Connecticut.

                                            /s/AWT
                                    Alvin W. Thompson
                           United States District Judge