UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>SCOTT CABLE COMMUNICATIONS, INC.,<br><br>    Debtor.<br><br>UNITED STATES OF AMERICA,<br><br>    Appellant,<br>v.<br><br>SCOTT CABLE COMMUNICATIONS, INC. and STATE STREET BANK AND TRUST CO. as Indenture Trustee for certain note holders<br><br>    Appellees | **No. 3:02-CV-1725 (AWT)**<br>(Consolidated Bankruptcy Appeals)<br><br>(Bankr. Ct. Case No. 98-51923) |

**REQUEST TO ACCEPT LETTER REPLY FOR RULE 8015 MOTION**
**(Containing Request for Judicial Notice of Certain Matters in Delaware)**

The United States, by its undersigned counsel, requests that the Court accept the attached letter, titled "*Reply on Rule 8015 Motion, With Request for Judicial Notice (and Suggestion for Telephonic Argument)*," in the form submitted. The United States filed the letter as DI# 101 on the deadline for replying, October 22, 2007.[1] The next day, the clerk rendered the item inaccessible from Pacer, and added the following docket entry:

> 10/23/2007   Docket Entry Correction re [101] Reply to Response to Motion, [100] Reply to Response to Motion, : pdfs sealed, letters may NOT be efiled.  (Bauer, J.)

The same date, the undersigned received an email from Jane Bauer explaining that she removed the pdf file access from the docket because "Letters cannot be efiled" and because the letter did not contain a certificate of service.

The undersigned did not realize that letters cannot be e-filed because neither the local rules

---

[1] The United States first filed DI# 100 but after noticing it contained a serious typographical error (leaving out the word "not" where it was intended in one place), filed a "corrected" version as DI# 101.

- 1 -

of this Court nor the local ECF polices and procedures manual of the Clerk's office contains any provision proscribing the filing of letter briefs, which are often regularly used in other districts.[2/] Additionally, letters have been accepted as filed previously in this case from both sides of the dispute. Although it lacked a certificate of service, the letter indicated, in a "cc" line, that it was being served on all parties by ECF service. A certificate of service is also now attached to this request.

If the Court will not accept the letter reply and request for judicial notice, then the government alternatively requests an enlargement of time to file the reply and request for judicial notice in a more traditional pleading format, until 5 days after the denial of this request to accept the reply as filed.

WHEREFORE, the United States asks that the Court accept the attached letter reply and request for judicial notice.

KEVIN J. O'CONNOR
United States Attorney

   /s/ Peter Sklarew
PETER SKLAREW
Federal Bar No. CT 17864
U.S. Department of Justice, Tax Div.
P.O. Box 55
Washington, D.C. 20044-0055
(202) 307-6571
peter.a.sklarew@usdoj.gov

---

[2/] The United States also points out that Fed.R.Civ.P. 5(e) provides that "[t]he clerk shall not refuse to accept for filing any paper presented for that purpose solely because it is not presented in proper form as required by these rules or any local rules or practices." The rule was amended in 1991 to add that provision in order to reserve to a "judicial officer" the power to reject pleadings for violations of rules regarding form because, according to the Advisory Committee Notes, this was "not a suitable role for the office of the clerk." The new version that is to take effect on December 1, 2007, contains a similar provision in new Rule 5(d)(4).

**CERTIFICATE OF SERVICE**

      IT IS CERTIFIED that I have caused the foregoing **REQUEST TO ACCEPT LETTER REPLY FOR RULE 8015 MOTION (Containing Request for Judicial Notice of Certain Matters in Delaware)** to be electronically filed, which will result in automated electronic service, this  23th  day of October, 2007, for the same by the Court's ECF system and, in addition, to the extent any of the following are not indicated as served on the ECF confirmation notices, I will immediate cause them to be served by other means.

Daniel H. Golden
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY  10022

Craig I. Lifland
Zeisler & Zeisler
558 Clinton Avenue
Bridgeport, CT  06605

Ira Goldman
Shipman & Goodwin
One American Row
Hartford, CT  06103-2819

United States Trustee
265 Church Street, Ste. 1103
New Haven, CT  06510-7016

Joan Pilver
Assistant Attorney General
State of Connecticut
55 Elm Street, 5th Floor
Hartford, CT 06141

       */s/ Peter Sklarew*
PETER SKLAREW
Federal Bar No. CT 17864
U.S. Department of Justice, Tax Div.
P.O. Box 55
Washington, D.C. 20044-0055
(202) 307-6571