# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: : | |
| : | |
| SCOTT CABLE COMMUNICATIONS, : | No. 3:02-CV-1725 (AWT) |
| Debtor. : | Consolidated Bankruptcy Appeals |
| : | (Bankruptcy Court Case No. 98-51923) |
| UNITED STATES OF AMERICA, : | |
| Appellant, : | |
| : | |
| v. : | |
| : | |
| SCOTT CABLE COMMUNICATIONS, INC., : | |
| STATE STREET BANK AND TRUST CO. as : | |
| Indenture Trustee for certain note holders, and : | |
| AKIN GUMP STRAUSS HAUER & FELD : | |
| LLP., : | |
| Appellees. : | |

## JOINDER OF SCOTT CABLE COMMUNICATIONS, INC. AND AKIN GUMP STRAUSS HAUER & FELD LLP TO THE SUR-REPLY OF U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, IN CONNECTION WITH THE UNITED STATES' MOTION FOR REHEARING

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Daniel H. Golden
Mitchell Hurley
Sunish Gulati
590 Madison
New York, New York  10022
Telephone (212) 872-1000
Facsimile (212) 872-1001

**ZEISLER & ZEISLER P.C.**
Craig Lifland
558 Clinton Avenue
Bridgeport, CT  06605
Telephone (203) 368-4234
Facsimile (203) 367-9678

Attorneys for Appellees

SCOTT CABLE COMMUNICATIONS, INC. AND
AKIN GUMP STRAUSS HAUER & FELD LLP

7905705 v1

1

Scott Cable Communications, Inc. ("Debtor") and Akin Gump Strauss Hauer & Feld LLP, Appellees in the above-referenced appeal, respectfully submit this joinder to the November 5, 2007 Sur-reply of U.S. Bank National Association, as Indenture Trustee, in Connection with the United States' Motion for Rehearing (the "US Bank Sur-reply"), and the United States' Letter Reply on Rule 8015 Motion dated October 22, 2007 (the "United States Letter Reply").

Appellees concur with and join in the US Bank Sur-reply which argues, among other things, that the United States' Letter Reply is an inappropriate attempt to reargue issues already addressed at length in the United States' initial papers, and to burden this Court with incomplete, inaccurate and, at least with regard to the instant appeal, irrelevant descriptions of putative facts, issues and arguments arising in connection with the pending adversary proceeding among the parties in the Delaware Bankruptcy Court (the "Adversary Proceeding").

We respond separately to footnote 4 in the United States' Letter Reply, which begins with the words "This is not hyperbole," then proceeds to accuse Debtor and its law firms of participating in a criminal conspiracy. Indeed, this is not hyperbole, it is an outright falsehood. The supposed evidence and arguments underlying the United States' reckless allegation, including the alleged significance the United States seeks to attach to the exhibits cited in its footnote, are hotly disputed before Judge Cary in Delaware in connection with the Adversary Proceeding, and, more importantly for purposes of this Joinder, have nothing whatsoever to do with whether or not the United States' request for a rehearing of the instant appeal should be granted. We will not address and refute here at length the United States' spurious contentions, all of which are false and are rejected by Appellees in the strongest possible terms, since they are completely irrelevant to the issue before the Court, but stand ready, willing and able to do so at an appropriate time, and in an appropriate forum.

WHEREFORE, Appellees respectfully request that the Court enter an order denying the United States' Motion for Rehearing in its entirety.

Dated: November 13, 2007
       New York, New York

AKIN GUMP STRAUSS HAUER & FELD LLP

    /s/ Mitchell Hurley
Daniel H. Golden
Mitchell Hurley
Sunish Gulati
590 Madison Avenue
New York, New York 10022
(212) 872-1000

-and-

ZEISLER & ZEISLER P.C.
Craig Lifland
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234

*Co-Counsel to the Debtor*