# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: | |
| SCOTT CABLE COMMUNICATIONS,<br>         Debtor. | No. 3:02-CV-1725 (AWT)<br>Consolidated Bankruptcy Appeals<br>(Bankruptcy Court Case No. 98-51923) |
| UNITED STATES OF AMERICA,<br>         Appellant, | |
| v. | |
| SCOTT CABLE COMMUNICATIONS, INC., STATE STREET BANK AND TRUST CO. as Indenture Trustee for certain note holders, and AKIN GUMP STRAUSS HAUER & FELD LLP.,<br>         Appellees. | **Re: Doc. No. 108** |

## CERTIFICATE OF SERVICE

      I, Craig I. Lifland, hereby certify that on the 16th day of November, 2007, I served copies of the following by U.S. mail, first-class, postage prepaid, to those parties-in interest on the attached Exhibit A:

1.      Joinder of Scott Cable Communications, Inc. and Akin Gump Strauss Hauer & Feld LLP to the Sur-Reply of U.S. Bank National Association, as Indenture Trustee, in Connection With the United States' Motion for Rehearing

Dated: November 16, 2007

                                            ZEISLER & ZEISLER P.C.

                                            /s/ Craig I. Lifland
                                            Craig Lifland (ct
                                            558 Clinton Avenue
                                            Bridgeport, CT  06605
                                            (203) 368-4234
                                            *Co-Counsel to the Debtor*

                                            -and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
Mitchell Hurley
Sunish Gulati
590 Madison Avenue
New York, New York  10022
(212) 872-1000
*Counsel to the Debtor*

# Exhibit "A"

**Stuart Bear**
Zeldes Needle Cooper
1000 Lafayette Boulevard, Suite 500
P.O. Box 1740
Bridgeport, CT 06601-1740

**Thomas C. Boscarino**
Boscarino, Grasso & Twachtman, LLC
628 Hebron Avenue
Building 3
Glastonbury, CT 06033

**Richard P. Krasnow**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10154

**David M. Zensky**
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

**Carol A. Felicetta**
Reid and Riege, P.C.
234 Church Street
9th Floor
New Haven, CT 06510-1819

**Counsel for Entergy Services, Inc.**
**Alan H. Katz**
639 Loyola, 26th Floor
New Orleans, LA 70113

**Nathaniel Metz**
11 Penn Center
14th Floor
1835 Market Street
Philadelphia, PA 19103

**Carollynn H.G. Pedreira**
Willkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

**Joseph Cioffi**
Anderson, Kill & Olick
1251 Avenue of the Americas
New York, NY 10022

**Mark D. Brodsky**
Elliott Associates, L.P.
712 Fifth Avenue
36th Floor
New York, NY 10019

**Christopher R. Donoho, III**
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

**Faye B. Feinstein**
Altheimer & Gray
10 South Windsor Drive
Suite 4000
Chicago, Il 60606

**Ira H. Goldman**
**Kathleen M. LaManna**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

**Alan J. Lipkin**
Willkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

**Ann M. Nevins**
Assistant U.S. Attorney
United States Attorney's Office
915 Lafayette Boulefard, Room 309
Bridgeport, CT 06604

**Steven M. Pesner**
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

**J. Andrew Rahl**
Rosenman & Colin LLP
575 Madison Avenue
New York, NY 10022

**George A. Davis**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Daniel H. Golden**
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022-2594

**David B. Zabel**
1115 Broad Street
Bridgeport, CT 06604

**Tonny K. Ho**
Willkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

**Deirdre A. Martini**
Ivey, Barum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830

**Tally F. Parker, Jr**
Parker and Marks, PC
1333 Corporate Drive
Suite 209
Irving, TX 75038

**Joan E. Pilver**
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

| | | |
|---|---|---|
| **Robert A. Raskin**<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, NY 10038 | **Alan Shapiro**<br>U.S. Dept. of Justice<br>Tax Division<br>PO Box 55<br>Washington, DC 20044-0055 | **Toni G. Wolfman**<br>Foley Hoag, LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600 |
| Michael Berman, Esq.<br>Securities and Exchange Commission<br>450 Fifth Street, NW<br>Stop 6-6<br>Washington, DC 20549 | John Murray, Esq.<br>Securities and Exchange Commission<br>7 World Trade Center, 13th Floor<br>New York, New York 10048 | National Union Fire Insurance Co. of Pittsburgh, PA<br>175 Water Street<br>New York, New York 10038 |
| David L. Thiele<br>Spec. Asst. Attorney General<br>N. D. Workers Comp. Bureau<br>Policyholder Services<br>500 East Front Avenue<br>Bismarck, ND 58504-5685 | Jonathan C. Hantke, Esq.<br>Sherri B. Manuel, Esq.<br>Pamela H. Walters, Esq.<br>Robert W. Collinns, Esq.<br>14910 Aldine-Westfield Road<br>Houston, Texas 77032 | Thomas C. Boscarino, Esq.<br>628 Hebron Avenue Building Three<br>Glastonbury, Ct 06033 |
| Wei-Wei Chiu, Esq.<br>QVC, Inc.<br>Legal Dept.<br>Studio Park<br>West Chester, PA 19380 | Nathaniel Metz, Esq.<br>Buchanan Ingersoll P.C.<br>11 Penn Center, 14th Floor<br>1835 Market Street<br>Philadelphia, PA 19103 | Guy S. Neal, Esq.<br>Theresa Chan, Esq.<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005 |
| Andrew Z. Schwartz, Esq.<br>Euripedes Dalmanieras, Esq<br>Foley Hoag, LLP<br>155 Seaport Boulevard<br>Boston, Massachusetts  02210-2600 | | |