## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | ) |
| | )**No. 3:02-CV-1725 (AWT)** |
| SCOTT CABLE COMMUNICATIONS, INC., | )(Consolidated Bankruptcy Appeals) |
| | ) |
| Debtor. | ) |
| | )(Bankr. Ct. Case No. 98-51923) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellant, | ) |
| v. | ) |
| | ) |
| SCOTT CABLE COMMUNICATIONS, INC. and | ) |
| STATE STREET BANK AND TRUST CO. as | ) |
| Indenture Trustee for certain note holders | ) |
| | ) |
| Appellees | ) |

### MOTION FOR ADMISSION OF VISITING COUNSEL

The undersigned sponsoring attorney, a member in good standing of the Bar of this Court respectfully moves, pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, for the admission *pro hac vice* of visiting lawyer Mark K. Ames, Esq. of the law firm of Taxing Authority Consulting Services, P.C. representing the Commonwealth of Virginia, Department of Taxation. This admission would be for the limited purpose of making a motion to file a statement in support of the United States in connection with the above captioned proceeding. In support of this motion, the undersigned sponsoring attorney represents the following:

1.    Mr. Ames' office address is 2812 Emerywood Parkway, Suite 220, Richmond, VA 23294.

2.    Mr. Ames is admitted to the Bar of the Commonwealth of Virginia, and has been a member in good standing of this Bar since 1987. He is admitted to the Bar of the Supreme Court of Virginia; the United States Court of Appeals for the Fourth Circuit as well as the United States District Courts and Bankruptcy Courts for the Eastern and Western Districts of Virginia.

3.     Mr. Ames has read and is familiar with the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut and the Local Rules of Bankruptcy Procedure.

4.     Neither Mr. Ames nor any member of his firm has been denied admission nor disciplined in accordance with Rule 3 of the Local Rules of Civil Procedure nor has he been denied admission or disciplined by any other Court.

5.     Joan E. Pilver, Assistant Attorney General for the State of Connecticut and a member of the Bar of this Court, will act as local counsel and shall provide a local office upon which service of all papers shall be made under the requirements of Rule 2(c)(1) of the Local Rules of Civil Procedure.  Movant requests that the Court waive her appearance in Court for the consideration and granting of this motion and for other proceedings in this case.

6.     The payment of a fee of $25.00 to the Clerk of the United States District Court accompanies this motion in accordance with Rule 83.1(d)(2) of the Local Rules of Civil Procedure.

7.     A copy of this motion, the supporting affidavit of Mark K. Ames and proposed order has been served upon the Office of the U.S. Trustee and counsel for the appellant and appellees.

8.     The undersigned respectfully requests that this notice be deemed sufficient and that no further notice be required.

WHEREFORE, the undersigned respectfully moves that the Court enter an order approving the admission *pro hac vice* of Mark K. Ames to represent the Commonwealth of Virginia, Department of Taxation for the limited purpose of filing a motion for

permission to file a statement in support of the United States.

Dated this ⟨⟨ day of November 2007 at Hartford, Connecticut.

                    STATE OF CONNECTICUT
                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL


        By:_____
                    Joan E. Pilver CT#08064
                    Assistant Attorney General
                    State of Connecticut
                    P.O. Box 120
                    55 Elm Street, 4th Floor
                    Hartford, CT 06141-0120
                    (860) 808-5150; Fax (860) 808-5383
                    Joan.Pilver@po.state.ct.us

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT'

------------------------------------------------------------------

| | |
|---|---|
| In re | Chapter 11 |
| SCOTT CABLE COMMUNICATIONS, INC. | Case No 3:02-CV-1725 (AWT) |
| d/b/a AMERICAN CABLE ENTERTAINMENT, | (consolidated bankruptcy appeals) Bankr. Ct. Case No. 98-51923) |

Debtor.

..................................................................................................

UNITED STATES OF AMERICA,

        Appellant,

    v.

SCOTT CABLE COMMUNICATIONS, INC.,
STATE STREET BANK AND TRUST CO.
as Indenture Trustee for certain note holders, ,

        Appellees.

------------------------------------------------------------------

## AFFIDAVIT' IN SUPPORT OF MOTION FOR ADMISSION OF VISITING COUNSEL

Commonwealth of Virginia
County of Henrico:

        Personally appeared Mark K. Ames, who first being duly sworn, does depose and say as follows:

        1.  I am over the age of 18 years and believe in the obligation of an oath.

        2.  My office is Taxing Authority Consulting Services, P.C. with an office located at 2812 Emerywood Parkway Suite 220, Richmond, VA 23294. My phone number is (804) 649-2445; fax number (804) 440-1171. My email address is mark@taxva.com.

3.  I am a member in good standing of the Bar of the following Courts:

    a.  Commonwealth of Virginia
    b.  United States Court of Appeals for the Fourth Circuit
    c.  U.S. District Court, Eastern District of Virginia
    d.  U.S. District Court, Western District of Virginia
    e.  U.S. Bankruptcy Court, Eastern District of Virginia
    f.  U.S. Bankrutpcy Court, Western District of Virginia

4.  I am familiar with the Local Rules of Civil Procedure for the U. S. District Court for the District of Connecticut and the Local Rules of Bankruptcy Procedure.

5.  Neither I, nor, to the best of my knowledge, and information and belief, any member of the law firm of Taxing Authority Consulting Services, P.C. has been denied admission or disciplined in accordance with Rule 3 of the Local Rules of Civil Procedure, nor been denied admission or disciplined by any other Court.

Dated at Henrico County, Virginia this16th day of November 2007.

By: _Mark K. Ames_

Mark K. Ames

Subscribed and sworn to before me this 16th day of November  2007.

_____  Jennie Yuan
Notary Public

My commission expires: _May 31, 2011_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | ) |
| | )**No. 3:02-CV-1725 (AWT)** |
| SCOTT CABLE COMMUNICATIONS, INC., | )(Consolidated Bankruptcy Appeals) |
| | ) |
| Debtor. | ) |
| | )(Bankr. Ct. Case No. 98-51923) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellant, | ) |
| v. | ) |
| | ) |
| SCOTT CABLE COMMUNICATIONS, INC. and | ) |
| STATE STREET BANK AND TRUST CO. as | ) |
| Indenture Trustee for certain note holders | ) |
| | ) |
| Appellees | ) |

CERTIFICATE OF SERVICE

I, Joan E. Pilver, hereby certify that a true and correct copy of foregoing Motion For Admission of Visiting Counsel, affidavit in support thereof and proposed order was mailed by first class mail this 27th day of November 2007 to the following:

Daniel H. Golden, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

Craig I. Lifland, Esq.
Zeisler & Zeisler
558 Clinton Avenue
Bridgeport, CT 06605

Ira Goldman, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Office of United States Trustee
B. Amon James
Assistant. U.S. Trustee
265 Church Street, Ste. 1103
New Haven, CT 06510-7016

Peter Sklarew, Assistant Chief
U.S. Department of Justice, Tax Division
P.O. Box 55
Washington, D.C. 2004-0055

Joan E. Pilver
Assistant Attorney General