IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | ) |
| | ) No. 3:02-CV-1725 (AWT) |
| SCOTT CABLE COMMUNICATIONS, INC., | ) (Consolidated Bankruptcy Appeals) |
| | ) |
| Debtor. | ) |
| | ) (Bankr. Ct. Case No. 98-51923) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellant, | ) |
| v. | ) |
| | ) |
| SCOTT CABLE COMMUNICATIONS, INC. and | ) |
| STATE STREET BANK AND TRUST CO. as | ) |
| Indenture Trustee for certain note holders | ) |
| | ) |
| Appellees | ) |

### ORDER AUTHORIZING ADMISSON OF
### MARK K. AMES *PRO HAC VICE*

Upon the properly filed Motion for an order authorizing Mark K. Ames, Esq. to be admitted *pro hac vice* to represent the Commonwealth of Virginia, Department of Taxation in the above captioned case, the Court being satisfied that he is qualified to represent and appear on a limited basis in this case, and due and sufficient cause appearing therefore, it is

HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* is granted and that Mark K. Ames, Esq. Is hereby admitted *pro hac vice* to represent the interests of the Commonwealth of Virginia, Department of Taxation for the limited purpose of filing a motion and statement in support of the United States in the above captioned proceedings.

Dated:_____

_____
Hon. Alvin W. Thompson
United States District Court Judge