UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

IN RE SCOTT CABLE COMMUNICATIONS, INC.,
  Debtor

---

UNITED STATES OF AMERICA,
  Appellant

v.

SCOTT CABLE COMMUNICATIONS, INC.,
STATE STREET BANK AND TRUST COMPANY,
as Trustee for certain note holders and AKIN, GUMP,
STRAUSS, HAUER & FELD, LLP,
  Appellees

No. 3:02-CV-1725 (AWT)
Consolidated Bankruptcy Appeals
(Bankruptcy Court Case No.
98-51923)

---

### RESPONSE OF U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, TO THE MOTION OF THE COMMONWEALTH OF VIRGINIA, DEPARTMENT OF TAXATION TO PRESENT A STATEMENT IN SUPPORT OF THE UNITED STATES

U.S. Bank National Association, successor to State Street Bank and Trust Company, as Indenture Trustee (the "Indenture Trustee" or "U.S. Bank") for the 16% Junior Subordinated Secured PIK Notes (the "Junior Secured Notes") and an Appellee in the above matter, by and through its undersigned counsel, hereby respectfully submits this Response to the *Motion of the Commonwealth of Virginia, Department of Taxation to Present a Statement in Support of the United States* dated November 26, 2007 (the "Virginia Motion"). For the reasons outlined and addressed briefly herein, the Virginia

1

Motion should be denied and the statement attached to the Virginia Motion should be stricken from the record.

The Commonwealth of Virginia, Department of Taxation, is not a party to the instant appeal. Moreover, the only matter that is now properly before this Court is a rehearing motion in which the United States has challenged the decision rendered by this Court in this appeal. This is not the proper forum or stage of the proceedings for a non-party filing such as that proposed. This appeal was filed in 2002, and it has already been heard and decided by this Court. The Commonwealth of Virginia, Department of Taxation, has never been a party or at *any* time throughout the duration of this appeal sought to intervene or be heard in this matter. It is inappropriate for such a non-party, at this stage in the proceedings, to file such a pleading in an effort to lend support to a rehearing motion.

It is apparent from the substance of this filing that the Commonwealth of Virginia is simply seeking some advantage for the United States, and indirectly in its view, itself, in the litigation pending in the United States Bankruptcy Court for the District of Delaware in which the United States has sought to reprioritize the rights of secured noteholders (the "Delaware Adversary Proceeding"). The statement attached to the Virginia Motion on its face and substantively is a pleading in support of arguments not going directly to this appeal, but rather going to the issues that are being fully addressed on the merits in the Delaware adversary proceeding. The Commonwealth of Virginia is, by its own admission, not a party in the Delaware Adversary Proceeding either. The Virginia Motion is an attempt to argue in favor of recharacterization and equitable subordination, issues not properly before this Court.

The Appellee has argued that the rehearing motion and subsequent filings by the United States are an improper attempt to seek some advantage in the Delaware proceedings. This filing by the Commonwealth of Virginia is similarly an improper attempt to do the same thing, but even worse by an entity that is neither a party to this appeal nor a party to the Delaware adversary proceeding.

For reasons including those set forth above, the Virginia Motion should be denied.


Dated:   December 17, 2007
         Hartford, Connecticut

                              **U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,**


                              By   /s/ Kathleen M. LaManna
                                   Ira H. Goldman (ct05656)
                                   Kathleen M. LaManna (ct06740)
                                   Marie C. Pollio (ct26644)
                                   For Shipman & Goodwin LLP
                                   One Constitution Plaza
                                   Hartford, CT  06103
                                   (860) 251-5000

                                   Its Attorneys


492540 v.02

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Response of U.S. Bank National Association, as Indenture Trustee, was filed via the Court's ECF system which will result in service on all parties entitled thereto on the 17th day of December, 2007.

Daniel Golden, Esq.
Mitchell Hurley, Esq.
Shuba Satyaprasad, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

Peter Sklarew, Esq.
Alan M. Shapiro, Esq.
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station,
Washington, DC 20044

                                              /s/   Kathleen M. LaManna