# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | : | |
| SCOTT CABLE COMMUNICATIONS, INC., | : | Docket No. 3:02CV1725 (AWT) |
| | : | Consolidated Bankruptcy Appeals |
| Debtor. | : | |
| | : | Bankr. Ct. Case No. 98-51923 |
| UNITED STATES OF AMERICA, | : | |
| Appellant, | : | |
| VS. | : | |
| SCOTT CABLE COMMUNICATIONS, INC. and STATE STREET BANK AND TRUST CO., as Indenture Trustee for certain note holders, | : | |
| Appellees. | : | April 2, 2008 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, on behalf of the Internal Revenue Service, Christine Sciarrino, Assistant United States Attorney.

                                        Respectfully submitted,

                                        Kevin J. O'Connor
                                        United States Attorney

                                                   /s/

                                        Christine Sciarrino
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        157 Church Street - 23rd Floor
                                        New Haven, CT   06510
                                        Tel. (203) 821-3780/Fax. (203) 773-5392
                                        Federal No. CT3393
                                        Email: Christine.Sciarrino@usdoj.gov

<u>Certification</u>

    I hereby certify that on April 2, 2008, a copy of the foregoing Appearance was filed electronically and served by mail to anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing of the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.



                                            /s/
                                    Christine Sciarrino